| | | |
|---|---|---|
| 1 | Jeffrey C. Misley, WSBA # 33397<br>jmisley@sussmanshank.com | Honorable Whitman L. Holt |
| 2 | Laurie R. Hager, WSBA # 38643<br>lhager@sussmanshank.com | |
| 3 | Thomas W. Stilley, WSBA #21718<br>tstilley@sussmanshank.com | |
| 4 | SUSSMAN SHANK LLP<br>1000 SW Broadway, Suite 1400 | |
| 5 | Portland, OR 97205-3089<br>Telephone: (503) 227-1111 | |
| 6 | Facsimile: (503) 248-0130 | |

*Attorneys for Defendant Cody Easterday*

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>        Debtor(s).[1]<br><br>―――――――――――――――<br><br>WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>        Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>        Defendant(s). | Lead Case No. 21-00141-11 (WLH)<br>Jointly Administered<br><br><br><br><br>Franklin County Superior Court Case No. 21-2-50049-11<br><br>NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027 |

―――――――――――――
[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general Partnership (21-00176).

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1452
AND FED. R. BANKR. P. 9027 - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 1    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 1 of 3

1    Defendant Cody Easterday, pursuant to 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027, has
2    removed the above-captioned action to this court, based on the following facts:

3    1.  On February 1, 2021 (the "Petition Date"), Debtors and co-defendants Easterday
4        Ranches, Inc. and Easterday Farms each filed voluntary petitions for relief under
5        Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the
6        "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of
7        Washington.

8    2.  The above referenced state court action (the "State Court Case") was commenced prior
9        to the Petition Date by the filing of a complaint in the Superior Court for Franklin
10       County, State of Washington.

11   3.  The claims raised in the State Court Case may be removed to this Court. Removal is
12       proper because the claims are: asserted in a civil action; not exempt from removal; and
13       this Court has subject matter jurisdiction over the removed claims pursuant to 28 U.S.C.
14       §§1441, 1452 and 1334. These claims are related to the Debtors' bankruptcy
15       proceedings as they are asserted against the Debtors and the non-debtor defendants.

16   4.  This court is the proper venue for removal because, under BR 9027(a)(1), notice of
17       removal is filed with the "clerk for the district and division within which is located the
18       state or federal court where the civil action is pending." BR 9001(2) defines "clerk" as
19       "bankruptcy clerk, if one has been appointed, otherwise clerk of the district court."
20       Because this court has a properly appointed bankruptcy clerk, this case is properly
21       removed directly to bankruptcy court. See *In re Aztec Industries Inc.*, 84 B.R. 464, 468
22       (ND Ohio 1987).

23
24
25
26

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1452
AND FED. R. BANKR. P. 9027 - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 1    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 2 of 3

5. Removal is timely pursuant to BR 9027(a)(2) because the claims were pending before the Petition Date and this Notice has been filed within 90 days of the Order for Relief from the Bankruptcy Court.

6. Consent of co-defendants, if any, is not necessary for removal under 28 U.S.C. § 1452. See *Cal. Pub. Empl. Ret. Sys. v. Worldcom, Inc.*, 368 F.3d 86 (2d Cir. 2004).

7. Upon removal, all proceedings with respect to the removed claims and causes of action are core except possibly the claims against the guarantors personally. 28 USC § 157 (b) (2) (B). As to any non-core proceedings concerning such claims, Defendant consents to entry of final orders or judgment by the bankruptcy judge.

8. Pursuant to BR 9027(a)(1), copies of all Process and Pleadings in the State Court Case are filed herewith.

9. Pursuant to BR 9027(b), a copy of this Notice and related documents is being served on counsel of record for all parties to the removed action.

Dated this 12th day of April, 2021.

SUSSMAN SHANK LLP

By: */s/ Jeffrey C. Misley*
Jeffrey C. Misley, WSBA 33397
jmisley@sussmanshank.com
Laurie R. Hager, WSBA 38643
lhager@sussmanshank.com
Thomas W. Stilley, WSBA 21718
tstilley@sussmanshank.com

Attorneys for Defendant Cody and Debby Easterday

*26055-004\NOTICE OF REMOVAL (FOR FILING WITH BANKRUPTCY COURT) (03695232);1

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027 - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 1    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 3 of 3