FRANKLIN COUNTY SUPERIOR COURT
Clerk's Minutes
Judicial Officer: Swanberg, Samuel P
Court Reporter: FTR Recorder
Clerk: Kay Morin
Bailiff: Lew Reed
Courtroom 3

Date: 02/01/2021, 3:03 PM

21-2-50049-11

WASHINGTON TRUST BANK
vs
EASTERDAY RANCHES, INC. et al

Parties Present:

| | |
|---|---|
| Buford, Thomas A, III | Attorney |
| Fox, Gregory R | Attorney |
| PINCOCK, TREVOR R | Attorney |

Parties not Present:

| | |
|---|---|
| Brunnquell, William James | Attorney |
| CHS CAPITAL, LLC | Involved Party |
| EASTERDAY FARMS | Defendant |
| EASTERDAY RANCHES, INC. | Defendant |
| EASTERDAY, CODY | Defendant |
| EASTERDAY, DEBBY | Defendant |
| EASTERDAY, KAREN | Defendant |
| WASHINGTON TRUST BANK | Plaintiff |

Matter set for: Motion Hearing

Entries:

COURT SESSION: MOTION HEARING TO APPOINT RECEIVER

COURT ADDRESSES PARTIES AND INTRODUCTIONS VIA WEBEX.

MR. BUFORD REQUESTS A CONTINUANCE OF ONE WEEK RE: BANKRUPTCY FILING.

MR. PINCOCK RESPONDS AND STATES EVIDENCE WAS SUBMITTED FOR THE BASIS OF THIS MOTION ARGUING THAT A RECIEVER SHOULD BE APPOINTED FOR THIS CASE.

COURT VOIR DIRE TO MR. PINCOCK RE: BANKRUPTCY AND TEMPORARY RESTRAINING ORDER.

MR. BUFORD REPLIES AND AGAIN REQUESTS A CONTINUANCE FOR A WEEK BECAUSE OF THE POSSIBILITY THAT EASTERDAY FARMS, INC. MAY FILE BANKRUPTCY AND THE ISSUE OF DUE PROCESS.

MR. PINCOCK RESPONDS ARGUING THE STATUTE RE: NOTICE TO PARTIES.

COURT ISSUES TEMPORARY RESTRAINING ORDER UNTIL THE HEARING NEXT WEEK 02-08-2021 AT 2:30 PM.

MR. PINCOCK TO DRAFT PROPOSED ORDER FOR COURT TO BE UPLOADED ON E-MOTION.

Events:

Hearing Continued Defense Respondent Requested

Hearings Scheduled:

February 08, 2021 2:30 PM Motion Hearing
Courtroom 3