FILED

MICHAEL J. KILLIAN, COUNTY CLERK

02/01/2021

BY KJM, DEPUTY

# IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
# IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK<br>Plaintiff/Petitioner(s),<br>vs.<br>EASTERDAY RANCHES, INC.<br>Defendant/Respondent(s). | No. 21-2-50049-11<br><br>**CIVIL CASE SCHEDULE ORDER (ORSCS)** |

## I. SCHEDULE

***All **Court Hearing** dates are currently suspended. A new schedule will be issued once Emergency Orders are modified or lifted***

|   | | DUE DATE |
|---|---|---|
| 1. | Cancellation / Confirmation of Status Conference | 3 Months |
| 2. | **Status Conference** | **TBD** |
| 3. | Plaintiff's Disclosure of Lay and Expert Witnesses | 4 Months |
| 4. | Defendant's Disclosure of Lay and Expert Witnesses | 6 Months |
| 5. | Last Date for Filing Statement of Arbitrability | 6.5 Months |
| 6. | Disclosure of Plaintiff's Rebuttal Witnesses | 6.5 Months |
| 7. | Disclosure of Defendant's Rebuttal Witnesses | 7 Months |
| 8. | Discovery Completed | 9.5 Months |
| 9. | Last Date for Filing Jury Demand | 10 Months |
| 10. | Settlement Position Statements filed by all parties | 10 Months |
| 11. | Last Date for Hearing Dispositive Pretrial Motions | 10.5 Months |
| 12. | **Settlement Conference** | **TBD** |
| 13. | Last Date for Filing and Serving Trial Management Report | 11.5 Months |
| 14. | **Pretrial Management Conference** | **TBD** |
| 15. | Trial Memoranda and Motions in Limine to be filed | 2 Weeks to Trial |
| 16. | **Trial Date and Motions in Limine** | **TBD** |

## II. ORDER

This Order is entered for Administrative purposes. All parties need not comply with the deadlines.

Dated this 1st day of February, 2021.

**CARRIE L. RUNGE**
SUPERIOR COURT JUDGE/COMMISSIONER

21-80010-WLH    Doc 1-3    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 1 of 1