SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

WASHINGTON TRUST BANK, a Washington banking corporation,

    Plaintiff,

v.

EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,

    Defendants.

NO. 21-2-50049-11

SUMMONS

TO: THE ABOVE-MENTIONED DEFENDANTS:

A lawsuit has been started against you in the above-entitled Court by Washington Trust Bank ("Plaintiff"). Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this Summons, within

SUMMONS: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

twenty (20) days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. If this summons is served upon you outside of Washington state, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this Summons, within sixty (60) days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what it asks for because you have not responded. If you serve a Notice of Appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that Plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within fourteen (14) days after you serve the demand, Plaintiff must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

///

///

///

///

///

SUMMONS: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

DATED this 29th day of January, 2021.

                                          LUKINS & ANNIS, P.S.

By _/s/ Trevor R. Pincock WSBA #36818_
TREVOR R. PINCOCK
WSBA #36818
Attorneys for Plaintiff
Washington Trust Bank

SUMMONS: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of January 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| | | |
|---|---|---|
| Cody Easterday<br>5235 N Industrial Way<br>Pasco, WA, WA 99301<br>cody@easterdayfarms.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| El Paso District Office<br>915.834.4600<br>DL0050@sba.gov | ☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail |

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

SUMMONS: 4

01988131  1/29/21

| | | |
|---|---|---|
| Office of General Counsel<br>409 3rd Street NW<br>Washington, DC 20416<br>Brittany Biles, GC<br>Nina Levine, Deputy GC<br>General Inquiries: answerdesk@sba.gov | ☐<br>☒ | Telecopy (FAX)<br>Via email |
| AXA Equitable Life Insurance Company<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Customer Service: 877.222.2144 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Equitable Financial Life Insurance Company<br>16th Floor, 1290 Avenue of the Americas<br>New York, NY 10104<br>Customer Service: 877.222.2144 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| The Prudential Insurance Company of America<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201<br>Loan Nos. 717611839 & 717611840<br>214.777.4500<br>214.721.6007 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Rabo Agrifinance, Inc., as Mortgagee<br>12443 Olive Blvd, Suite 50<br>St. Louis, MO 63141<br>855.722.7766<br>CustomerConnect@RaboAg.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Big Bend Electric Cooperative, Inc.<br>P.O. Box 348<br>Ritzville, WA 99169<br>866.844.2363<br>Admin@bbec.org | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |

SUMMONS: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131  1/29/21

_Marianne Love_
MARIANNE LOVE, PARALEGAL

SUMMONS: 6

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21