E-FILED
FEBRUARY 01, 2021
9:26 AM
KAY MORIN
FRANKLIN COUNTY CLERK

SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>    Defendants. | NO. 21-2-50049-11<br><br>NOTE FOR MOTION DOCKET |

**TO:** The clerk of the Court

**TO:** THE ABOVE-MENTIONED DEFENDANTS and your attorney of record.

**PLEASE TAKE NOTICE** that this case will be set for a hearing in Franklin County Superior Court on the Motion of Plaintiff as follows:

**DATE:** Monday, February 1, 2021
**TIME:** 2:30 p.m.

NOTE FOR MOTION DOCKET: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

| | |
|---|---|
| 1 | **NATURE:** Motion to Appoint Receiver |
| 2 | |
| 3 | If you (or your attorney on your behalf) do not appear in court at the time shown above, |
| 4 | the relief requested in the Motion may be granted by the court in your absence. |
| 5 | |
| 6 | |
| 7 | DATED this 29th day of January, 2021. |
| 8 | LUKINS & ANNIS, P.S. |
| 9 | |
| 10 | By _____ WSBA #50029 |
| 11 | TREVOR R. PINCOCK<br>WSBA #36818 |
| 12 | Attorneys for Plaintiff<br>Washington Trust Bank |

NOTE FOR MOTION DOCKET: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of January 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| | | |
|---|---|---|
| Cody Easterday<br>5235 N Industrial Way<br>Pasco, WA, WA 99301<br>cody@easterdayfarms.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| El Paso District Office<br>915.834.4600<br>DL0050@sba.gov | ☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail |

NOTE FOR MOTION DOCKET: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

| | | |
|---|---|---|
| 1 | Office of General Counsel | ☐ Telecopy (FAX) |
| 2 | 409 3rd Street NW | ☒ Via email |
| 3 | Washington, DC 20416 | |
| | Brittany Biles, GC | |
| 4 | Nina Levine, Deputy GC | |
| 5 | General Inquiries: answerdesk@sba.gov | |
| 6 | AXA Equitable Life Insurance Company | ☐ U.S. Mail |
| | 1290 Avenue of the Americas | ☐ Hand Delivered |
| 7 | New York, NY 10104 | ☒ Overnight Mail |
| | Customer Service: 877.222.2144 | ☐ Telecopy (FAX) |
| 8 | | ☐ Via email |
| 9 | Equitable Financial Life Insurance Company | ☐ U.S. Mail |
| | 16th Floor, 1290 Avenue of the Americas | ☐ Hand Delivered |
| 10 | New York, NY 10104 | ☒ Overnight Mail |
| | Customer Service: 877.222.2144 | ☐ Telecopy (FAX) |
| 11 | | ☐ Via email |
| 12 | | |
| 13 | The Prudential Insurance Company of America | ☐ U.S. Mail |
| | 2100 Ross Avenue, Suite 2500 | ☐ Hand Delivered |
| 14 | Dallas, TX 75201 | ☒ Overnight Mail |
| | Loan Nos. 717611839 & 717611840 | ☐ Telecopy (FAX) |
| 15 | 214.777.4500 | ☐ Via email |
| 16 | 214.721.6007 | |
| 17 | Rabo Agrifinance, Inc., as Mortgagee | ☐ U.S. Mail |
| | 12443 Olive Blvd, Suite 50 | ☐ Hand Delivered |
| 18 | St. Louis, MO 63141 | ☐ Overnight Mail |
| | 855.722.7766 | ☐ Telecopy (FAX) |
| 19 | CustomerConnect@RaboAg.com | ☒ Via email |
| 20 | | |
| | Big Bend Electric Cooperative, Inc. | ☐ U.S. Mail |
| 21 | P.O. Box 348 | ☐ Hand Delivered |
| | Ritzville, WA 99169 | ☐ Overnight Mail |
| 22 | 866.844.2363 | ☐ Telecopy (FAX) |
| 23 | Admin@bbec.org | ☒ Via email |

NOTE FOR MOTION DOCKET: 4

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

_____
MARIANNE LOVE, PARALEGAL

NOTE FOR MOTION DOCKET: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131  1/29/21