SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

WASHINGTON TRUST BANK, a
Washington banking corporation,

                          Plaintiff,

      v.

EASTERDAY RANCHES, INC., a
Washington corporation; EASTERDAY
FARMS, a Washington general partnership;
CODY EASTERDAY, individually; DEBBY
EASTERDAY, individually; KAREN
EASTERDAY, individually and in her capacity
as personal representative of the Estate of Gale
Easterday,

                          Defendants.

NO.   21-2-50049-11

MOTION TO SHORTEN TIME

Plaintiff Washington Trust Bank ("WTB" or "Plaintiff"), respectfully requests that the

Court grant an Order shortening time for hearing on WTB's Motion for Appointment of

Receiver, filed concurrently with the Complaint herein.

An immediate hearing is necessary in order to avoid extreme hardship to WTB's

interests, as well as the potential interests of others. This includes the fact that Defendants are

indebted to WTB for over $44,000,000, are in default of their debt, have been credibly accused

of fraud (including record evidence demonstrating that Defendants admitted to engaging in a

MOTION TO SHORTEN TIME: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

fraudulent scheme) in Tyson Fresh Meats, Inc. v. Easterday Ranches, Inc., Franklin County Superior Court under Cause No. 21-2-50034-11, and have already liquidated a valuable asset in a potential "fire sale."

Counsel for Defendants are being notified concurrently with this filing regarding the Motion to Appoint a Receiver and this Motion for Order Shortening Time. In addition, Plaintiff's representatives are concurrently giving notice of such motions to the President of Defendants Easterday Ranches, Inc., and Easterday Farms. Forthwith upon the Court's action on Motion for Order Shortening time, all of the above will be given notice of the hearing on the Motion for Appointment of Receiver.

This Motion for Order Shortening Time is based on the likelihood of significant and irreparable harm occurring if no relief is granted in the immediate term. Given the size of Defendants' debt and the serious and credible allegations of their financial impropriety, the Court should consider the appointment of a receiver without delay.

It is imperative that a hearing be held immediately in order that the Court hear evidence and be in a position to rule on the Appointment of Receiver to protect and preserve Defendants' assets that secure repayment of a loan from Washington Trust Bank. Without this immediate hearing, WTB's senior security interest in various collateral (currently in Defendants' custody) is in danger.

DATED this 29th day of January, 2021.

LUKINS & ANNIS, P.S.

By _____ WSBA #50029 for
TREVOR R. PINCOCK
WSBA #36818
Attorneys for Plaintiff
Washington Trust Bank

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

MOTION TO SHORTEN TIME: 2

01988131  1/29/21

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of January 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| | | |
|---|---|---|
| Cody Easterday<br>5235 N Industrial Way<br>Pasco, WA, WA 99301<br>cody@easterdayfarms.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| El Paso District Office<br>915.834.4600 | ☐<br>☐ | U.S. Mail<br>Hand Delivered |

MOTION TO SHORTEN TIME: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

| | | | |
|---|---|---|---|
| 1 | DL0050@sba.gov | ☐ | Overnight Mail |
| | | ☐ | Telecopy (FAX) |
| 2 | Office of General Counsel | ☒ | Via email |
| 3 | 409 3rd Street NW | | |
| | Washington, DC 20416 | | |
| 4 | Brittany Biles, GC | | |
| | Nina Levine, Deputy GC | | |
| 5 | General Inquiries: answerdesk@sba.gov | | |
| | | | |
| 6 | AXA Equitable Life Insurance Company | ☐ | U.S. Mail |
| | 1290 Avenue of the Americas | ☐ | Hand Delivered |
| 7 | New York, NY 10104 | ☒ | Overnight Mail |
| 8 | Customer Service: 877.222.2144 | ☐ | Telecopy (FAX) |
| | | ☐ | Via email |
| 9 | | | |
| 10 | Equitable Financial Life Insurance Company | ☐ | U.S. Mail |
| | 16th Floor, 1290 Avenue of the Americas | ☐ | Hand Delivered |
| 11 | New York, NY 10104 | ☒ | Overnight Mail |
| | Customer Service: 877.222.2144 | ☐ | Telecopy (FAX) |
| 12 | | ☐ | Via email |
| 13 | | | |
| 14 | The Prudential Insurance Company of America | ☐ | U.S. Mail |
| | 2100 Ross Avenue, Suite 2500 | ☐ | Hand Delivered |
| 15 | Dallas, TX 75201 | ☒ | Overnight Mail |
| | Loan Nos. 717611839 & 717611840 | ☐ | Telecopy (FAX) |
| 16 | 214.777.4500 | ☐ | Via email |
| | 214.721.6007 | | |
| 17 | | | |
| 18 | Rabo Agrifinance, Inc., as Mortgagee | ☐ | U.S. Mail |
| | 12443 Olive Blvd, Suite 50 | ☐ | Hand Delivered |
| 19 | St. Louis, MO 63141 | ☐ | Overnight Mail |
| | 855.722.7766 | ☐ | Telecopy (FAX) |
| 20 | CustomerConnect@RaboAg.com | ☒ | Via email |
| 21 | Big Bend Electric Cooperative, Inc. | ☐ | U.S. Mail |
| | P.O. Box 348 | ☐ | Hand Delivered |
| 22 | Ritzville, WA 99169 | ☐ | Overnight Mail |
| 23 | 866.844.2363 | ☐ | Telecopy (FAX) |
| | Admin@bbec.org | ☒ | Via email |
| 24 | | | |
| 25 | | | |

MOTION TO SHORTEN TIME: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

21-80010-WLH    Doc 1-12    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 4 of 5

1

_Marianne Love_
MARIANNE LOVE, PARALEGAL

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTION TO SHORTEN TIME: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21