E-FILED
FEBRUARY 01, 2021
9:35 AM
KAY MORIN
FRANKLIN COUNTY CLERK

SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>                          Defendants. | NO. 21-2-50049-11<br><br>NOTE FOR MOTION DOCKET |

**TO:** The clerk of the Court

**TO:** THE ABOVE-MENTIONED DEFENDANTS and your attorney of record.

**PLEASE TAKE NOTICE** that this case will be set for a hearing in Franklin County Superior Court on the Motion of Plaintiff as follows:

    **DATE:**    Monday, February 1, 2021

    **TIME:**    2:30 p.m.

NOTE FOR MOTION DOCKET: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

**NATURE:** Motion to Shorten Time

If you (or your attorney on your behalf) do not appear in court at the time shown above, the relief requested in the Motion may be granted by the court in your absence.

DATED this 29th day of January, 2021.

                LUKINS & ANNIS, P.S.

                By _____
                TREVOR R. PINCOCK
                WSBA #36818
                Attorneys for Plaintiff
                Washington Trust Bank

NOTE FOR MOTION DOCKET: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of January 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| | | |
|---|---|---|
| Cody Easterday<br>5235 N Industrial Way<br>Pasco, WA, WA 99301<br>cody@easterdayfarms.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| El Paso District Office<br>915.834.4600<br>DL0050@sba.gov | ☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail |

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

NOTE FOR MOTION DOCKET: 3

01988131 1/29/21

| | | |
|---|---|---|
| Office of General Counsel<br>409 3rd Street NW<br>Washington, DC 20416<br>Brittany Biles, GC<br>Nina Levine, Deputy GC<br>General Inquiries: answerdesk@sba.gov | ☐<br>☒ | Telecopy (FAX)<br>Via email |
| AXA Equitable Life Insurance Company<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Customer Service: 877.222.2144 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Equitable Financial Life Insurance Company<br>16th Floor, 1290 Avenue of the Americas<br>New York, NY 10104<br>Customer Service: 877.222.2144 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| The Prudential Insurance Company of America<br>2100 Ross Avenue, Suite 2500<br>Dallas, TX 75201<br>Loan Nos. 717611839 & 717611840<br>214.777.4500<br>214.721.6007 | ☐<br>☐<br>☒<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Rabo Agrifinance, Inc., as Mortgagee<br>12443 Olive Blvd, Suite 50<br>St. Louis, MO 63141<br>855.722.7766<br>CustomerConnect@RaboAg.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Big Bend Electric Cooperative, Inc.<br>P.O. Box 348<br>Ritzville, WA 99169<br>866.844.2363<br>Admin@bbec.org | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |

NOTE FOR MOTION DOCKET: 4

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131  1/29/21

_____
MARIANNE LOVE, PARALEGAL

NOTE FOR MOTION DOCKET: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131  1/29/21