ORIGINAL FILED
FEB 01 2021
MICHAEL J. KILLIAN
FRANKLIN COUNTY CLERK

SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

WASHINGTON TRUST BANK, a Washington banking corporation,

    Plaintiff,

v.

EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,

    Defendants.

NO. 21-2-50049-11

ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME

The Court has considered the Motion of Plaintiff Washington Trust Bank for an Order Shortening Time for Hearing on Plaintiff's Motion for Appointment of Receiver and has reviewed both motions and the declarations and exhibits filed therewith along with the Complaint herein. Good cause appearing:

The Motion for Order Shortening time is hereby GRANTED.

ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21

1     The hearing on the Plaintiffs' Motion for Appointment of Receiver shall be held via
2 teleconference and videoconference on February 1, 2021 at 2:30 p.m. Counsel shall contact the
3 Court's deputy Clerk to make arrangements for the hearing.
4     Opposition to the Receiver Motion may be filed any time prior to the hearing or may be
5 presented orally at the hearing.
6     IT IS SO ORDERED.

DATED this __1__ day of __February__, 2021.

JUDGE/COMMISSIONER
SAM SWANBERG

Presented by:

LUKINS & ANNIS, P.S.

By: _____
TREVOR R. PINCOCK, WSBA #36818
Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME: 2

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 1/29/21