E-FILED
FEBRUARY 01, 2021
3:29 PM
XOCHITL LEOS
FRANKLIN COUNTY CLERK

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendants. | No. 21-2-50049-11<br><br>**NOTICE OF APPEARANCE**<br><br>[Clerk's Action Required] |

TO: Plaintiff Washington Trust Bank;
AND TO: Each of the Above-Captioned Defendants;
AND TO: Clerk of the Court;
AND TO: All Other Parties of Interest.

    PLEASE TAKE NOTICE that CHS Capital, LLC, a Minnesota limited liability company, dba CHSC MN ("**CHS Capital**"), a secured creditor of the Defendants in the above-captioned action, hereby enters its appearance in this matter by and through its attorneys, Gregory R. Fox and William J. Brunnquell of the law firm of Lane Powell PC, without waiving any objections as to personal jurisdiction or subject matter jurisdiction, venue, or sufficiency of process, and respectfully requests that all papers and pleadings in said cause, other than original process, be served upon the undersigned attorneys for CHS Capital at the office below stated.

NOTICE OF APPEARANCE - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

133622.0001/8347879.1

DATED this 1st day of February, 2021.

LANE POWELL PC

By /s/ Gregory R. Fox
Gregory R. Fox, WSBA No. 30559
William J. Brunnquell, WSBA No. 54409
Foxg@lanepowell.com
BrunnquellW@lanepowell.com

and

Michael R. Stewart
Minnesota Bar No. 122397
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
michael.stewart@faegredrinker.com
Tel: (612) 766-7928

Attorneys for CHS Capital, LLC

NOTICE OF APPEARANCE - 2

133622.0001/8347879.1

## CERTIFICATE OF SERVICE

I hereby certify that I am a legal assistant with the law firm of Lane Powell PC, and on February 1, 2021, I caused true and correct copies of the foregoing Notice of Appearance to be served on the following, in the manner(s) indicated below:

| | |
|---|---|
| Trevor R. Pincock<br>Lukins & Annis, P.S.<br>717 W. Sprague Ave., Ste. 1600<br>Spokane, WA 99201<br>tpincock@lukins.com<br>Attorneys for Plaintiff | ☐ by Legal Messenger<br>☑ by Electronic Mail<br>☐ by Facsimile Transmission<br>☑ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| Thomas Buford<br>Bush Kornfeld LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101<br>tbuford@bskd.com<br>Attorneys for Defendants | ☐ by Legal Messenger<br>☑ by Electronic Mail<br>☐ by Facsimile Transmission<br>☑ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| Alan D. Smith<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>ADSmith@Perkinscoie.com<br>Attorneys for Tyson Fresh Meats, Inc. | ☐ by Legal Messenger<br>☑ by Electronic Mail<br>☐ by Facsimile Transmission<br>☑ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| John R. Rizzardi<br>Jennifer K. Faubion<br>Cairncross & Hempelmann<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104<br>jrizzardi@cairncross.com<br>jfaubion@cairncross.com<br>Attorneys for FTI Consulting | ☐ by Legal Messenger<br>☑ by Electronic Mail<br>☐ by Facsimile Transmission<br>☑ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 1st day of February, 2021.

/s/Terry L. Intlekofer
Terry L. Intlekofer

NOTICE OF APPEARANCE - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

133622.0001/8347879.1

21-80010-WLH    Doc 1-17    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 3 of 3