FILED
FRANKLIN CO CLERK
2021 FEB -3 P 3:11
MICHAEL J. KILLIAN
BY Xul DEPUTY

SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendants. | NO. 21-2-50049-11<br><br>AMENDED NOTE FOR MOTION DOCKET |

**TO:** The clerk of the Court

**TO:** THE ABOVE-MENTIONED DEFENDANTS and your attorney of record.

**PLEASE TAKE NOTICE** that this case will be set for a hearing in Franklin County Superior Court on the Motion of Plaintiff (filed on 2/01/2021) as follows:

**DATE:** Monday, February 8, 2021
**TIME:** 2:30 p.m.

AMENDED NOTE FOR MOTION DOCKET: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 2/2/21

21-80010-WLH    Doc 1-20    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 1 of 5

**NATURE:** Motion to Appoint Receiver

This hearing will take place via WebEx.

If you (or your attorney on your behalf) do not appear in court at the time shown above, the relief requested in the Motion may be granted by the court in your absence.

DATED this 2nd day of February, 2021.

LUKINS & ANNIS, P.S.

By _____
TREVOR R. PINCOCK
WSBA #36818
Attorneys for Plaintiff
Washington Trust Bank

AMENDED NOTE FOR MOTION DOCKET: 2

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 2/2/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of February 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| | | |
|---|---|---|
| Alan D. Smith<br>PERKINS COIE LLP<br>1201 Third Avenue, Ste 4800<br>Seattle, WA 98101-3099<br>ADSmith@perkinscoie.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Cody Easterday<br>5235 N Industrial Way<br>Pasco, WA, WA 99301<br>cody@easterdayfarms.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Jeffrey W. Dulberg<br>Richard M. Pachulski<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Blvd., 13th floor<br>Los Angeles, CA 90067<br>jdulberg@pszjlaw.com<br>rpachulski@pszjlaw.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Gregory R. Fox<br>William J. Brunnquell<br>Lane Powell PC | ☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail |

AMENDED NOTE FOR MOTION DOCKET: 3

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 2/2/21

| | | |
|---|---|---|
| 1420 Fifth Ave., Ste 4200 | ☐ | Telecopy (FAX) |
| PO Box 91302 | ☒ | Via email |
| Seattle, WA 98111 | | |
| foxg@lanepowell.com | | |
| brunnquellw@lanepowell.com | | |

| | | |
|---|---|---|
| Michael R. Stewart | ☐ | U.S. Mail |
| Faegre Drinker Biddle & Reath LLP | ☐ | Hand Delivered |
| 2200 Wells Fargo Center | ☐ | Overnight Mail |
| 90 South Seventh Street | ☐ | Telecopy (FAX) |
| Minneapolis, MN 55402 | ☒ | Via email |
| Michael.stewart@faegredrinker.com | | |

| | | |
|---|---|---|
| U.S. Small Business Administration | ☒ | U.S. Mail |
| 1545 Hawkins Blvd, Suite 202 | ☐ | Hand Delivered |
| El Paso, TX 79925 | ☐ | Overnight Mail |
| | ☐ | Telecopy (FAX) |
| | ☐ | Via email |

| | | |
|---|---|---|
| El Paso District Office | ☐ | U.S. Mail |
| 915.834.4600 | ☐ | Hand Delivered |
| DL0050@sba.gov | ☐ | Overnight Mail |
| | ☐ | Telecopy (FAX) |
| | ☒ | Via email |

| | | |
|---|---|---|
| Office of General Counsel | ☐ | U.S. Mail |
| 409 3rd Street NW | ☐ | Hand Delivered |
| Washington, DC 20416 | ☐ | Overnight Mail |
| Brittany Biles, GC | ☐ | Telecopy (FAX) |
| Nina Levine, Deputy GC | ☒ | Via email |
| General Inquiries: answerdesk@sba.gov | | |

| | | |
|---|---|---|
| AXA Equitable Life Insurance Company | ☒ | U.S. Mail |
| 1290 Avenue of the Americas | ☐ | Hand Delivered |
| New York, NY 10104 | ☐ | Overnight Mail |
| Customer Service: 877.222.2144 | ☐ | Telecopy (FAX) |
| | ☐ | Via email |

| | | |
|---|---|---|
| Equitable Financial Life Insurance Company | ☒ | U.S. Mail |

AMENDED NOTE FOR MOTION DOCKET: 4

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 2/2/21

| # | | | |
|---|---|---|---|
| 1 | 16th Floor, 1290 Avenue of the Americas<br>New York, NY 10104 | ☐<br>☐ | Hand Delivered<br>Overnight Mail |
| 2 | Customer Service: 877.222.2144 | ☐<br>☐ | Telecopy (FAX)<br>Via email |
| 3 | | | |
| 4 | The Prudential Insurance Company of America<br>2100 Ross Avenue, Suite 2500 | ☒<br>☐ | U.S. Mail<br>Hand Delivered |
| 5 | Dallas, TX 75201<br>Loan Nos. 717611839 & 717611840 | ☐<br>☐ | Overnight Mail<br>Telecopy (FAX) |
| 6 | 214.777.4500 | ☐ | Via email |
| 7 | 214.721.6007 | | |
| 8 | Rabo Agrifinance, Inc., as Mortgagee<br>12443 Olive Blvd, Suite 50 | ☐<br>☐ | U.S. Mail<br>Hand Delivered |
| 9 | St. Louis, MO 63141<br>855.722.7766 | ☐<br>☐ | Overnight Mail<br>Telecopy (FAX) |
| 10 | CustomerConnect@RaboAg.com | ☒ | Via email |
| 11 | | | |
| 12 | Big Bend Electric Cooperative, Inc.<br>P.O. Box 348 | ☐<br>☐ | U.S. Mail<br>Hand Delivered |
| | Ritzville, WA 99169 | ☐ | Overnight Mail |
| 13 | 866.844.2363<br>Admin@bbec.org | ☐<br>☒ | Telecopy (FAX)<br>Via email |
| 14 | | | |

_____
MARIANNE LOVE, PARALEGAL

AMENDED NOTE FOR MOTION DOCKET: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 2/2/21

21-80010-WLH    Doc 1-20    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 5 of 5