## AFFIDAVIT OF SERVICE

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN**

Case Number: 21-2-50049-11

Plaintiff/Petitioner:
**WASHINGTON TRUST BANK, a Washington Banking Corporation**

vs.

Defendent/Respondent:
**EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnreship; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday**

Service Documents:
SUMMONS; COMPLAINT; NOTE FOR MOTION DOCKET TO SHORTEN TIME; MOTION TO SHORTEN TIME; NOTE FOR MOTION DOCKET - MOTION TO APPOINT RECEIVER; MOTION TO APPOINT RECEIVER; DECLARATION OF TIM COBB IN SUPPORT OF MOTION TO APPOINT A RECEIVER; DECLARATION OF CLAIRE BAKER IN SUPPORT OF MOTION TO APPOINT A RECEIVER; ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME

For:
LUKINS & ANNIS, P.S.
717 W. Sprague Ave
Suite 1600
Spokane, WA 99201-0466

Received by PRONTO PROCESS SERVICE to be served on **CODY EASTERDAY, 830 BELLFLOWER ROAD, MESA, WA 99343**.

I, M ALMQUIST, being duly sworn, depose and say that on the **30th day of January, 2021 at 3:30 pm**, I:

***SUBSTITUTE SERVICE**
That on **1/30/2021 at 3:30 pm at 830 BELLFLOWER ROAD, MESA, WA 99343**, I duly served the above described documents in the above entitled matter upon **CODY EASTERDAY** by then and there at the residence and usual place of abode of said person (s), personally delivering ONE true and correct copy(ies) thereof to and leaving the same with **DEBBY EASTERDAY, as CO-RESIDENT**, being a person of suitable age and discretion then resident therein who confirmed residence of the party to be served.

## AFFIDAVIT OF SERVICE For

The undersigned, being first duly sworn on oath, deposes and says; That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Service, over the age of eighteen years, not a party to or interested in the above action and competent to be a witness therein.

Subscribed and Sworn to before me on the 31st day of January, 2021 by the affiant who is personally known to me.

*Amanda Mayfield*
NOTARY PUBLIC

AMANDA J MAYFIELD
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION NO. 194940
EXPIRES SEPTEMBER 29, 2021

M ALMQUIST
3073

PRONTO PROCESS SERVICE
114 N 5TH
Pasco, WA 99301
(509) 547-1122

Our Job Serial Number: PTO-2021000215
Service Fee: $219.65

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c