FILED
FRANKLIN CO CLERK
2021 FEB -3 P 3: 14
MICHAEL J. KILLIAN
BY xul    DEPUTY

## AFFIDAVIT OF SERVICE

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN**

Case Number: 21-2-50049-11

Plaintiff/Petitioner:
**WASHINGTON TRUST BANK, a Washington Banking Corporation**

vs.

Defendent/Respondent:
**EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnreship; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday**

For:
LUKINS & ANNIS, P.S.
717 W. Sprague Ave
Suite 1600
Spokane, WA 99201-0466

Service Documents:
SUMMONS; COMPLAINT; NOTE FOR MOTION DOCKET TO SHORTEN TIME; MOTION TO SHORTEN TIME; NOTE FOR MOTION DOCKET - MOTION TO APPOINT RECEIVER; MOTION TO APPOINT RECEIVER; DECLARATION OF TIM COBB IN SUPPORT OF MOTION TO APPOINT A RECEIVER; DECLARATION OF CLAIRE BAKER IN SUPPORT OF MOTION TO APPOINT A RECEIVER; ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME

Received by PRONTO PROCESS SERVICE to be served on **EASTERDAY RANCHES, INC, 5235 INDUSTRIAL WAY, PASCO, WA 99301**.

I, A WILSON, being duly sworn, depose and say that on the **30th day of January, 2021 at 11:32 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **above listed documents**, to: **JANE DOE (REFUSED TO PROVIDE NAME)** at the address of: **5235 INDUSTRIAL WAY, PASCO, WA 99301**, who stated they are authorized to accept service for **EASTERDAY RANCHES, INC as RECEPTIONIST**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
RECEPTIONIST REFUSED TO PROVIDE NAME OR ACCEPT SERVICE. DROP SERVED. (HISPANIC, FEMALE, 5'0, WEARING JACKET WITH COMPANY LOGO)

## AFFIDAVIT OF SERVICE For

The undersigned, being first duly sworn on oath, deposes and says; That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Service, over the age of eighteen years, not a party to or interested in the above action and competent to be a witness therein.

Subscribed and Sworn to before me on the 31st day of January, 2021 by the affiant who is personally known to me.

Amanda Mayfield
NOTARY PUBLIC

AMANDA J MAYFIELD
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION NO. 194940
EXPIRES SEPTEMBER 29, 2021

A WILSON
4999

PRONTO PROCESS SERVICE
114 N 5TH
Pasco, WA 99301
(509) 547-1122

Our Job Serial Number: PTO-2021000213
Service Fee: $119.65

Copyright © 1992-2021 Database Services, Inc - Process Server's Toolbox V8.1c