FILED
FRANKLIN CO CLERK

2021 FEB -3 P 3: 14

MICHAEL J. KILLIAN

BY x41 DEPUTY

## AFFIDAVIT OF SERVICE

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

Case Number: 21-2-50049-11

Plaintiff/Petitioner:
**WASHINGTON TRUST BANK, a Washington Banking Corporation**

vs.

Defendent/Respondent:
**EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnreship; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday**

Service Documents:
SUMMONS; COMPLAINT; NOTE FOR MOTION DOCKET TO SHORTEN TIME; MOTION TO SHORTEN TIME; NOTE FOR MOTION DOCKET - MOTION TO APPOINT RECEIVER; MOTION TO APPOINT RECEIVER; DECLARATION OF TIM COBB IN SUPPORT OF MOTION TO APPOINT A RECEIVER; DECLARATION OF CLAIRE BAKER IN SUPPORT OF MOTION TO APPOINT A RECEIVER; ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME

For:
LUKINS & ANNIS, P.S.
717 W. Sprague Ave
Suite 1600
Spokane, WA 99201-0466

Received by PRONTO PROCESS SERVICE to be served on **KAREN EASTERDAY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GALE EASTERDAY, 631 BELLFLOWER ROAD, MESA, WA 99343**.

I, M ALMQUIST, being duly sworn, depose and say that on the **30th day of January, 2021 at 9:10 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **above listed documents** to: **KAREN EASTERDAY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GALE EASTERDAY** at the address of: **631 BELLFLOWER ROAD, MESA, WA 99343**, and informed said person of the contents therein, in compliance with state statutes.
Affiant further states, based on the information available, the defendant (s) are not in the military service or a dependent of a service member.

## AFFIDAVIT OF SERVICE For

The undersigned, being first duly sworn on oath, deposes and says; That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Service, over the age of eighteen years, not a party to or interested in the above action and competent to be a witness therein.

Subscribed and Sworn to before me on the 31st day of January, 2021 by the affiant who is personally known to me.

_Amanda Mayfield_
NOTARY PUBLIC

AMANDA J MAYFIELD
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION NO. 194940
EXPIRES SEPTEMBER 29, 2021

M ALMQUIST
3073

PRONTO PROCESS SERVICE
114 N 5TH
Pasco, WA 99301
(509) 547-1122

Our Job Serial Number: PTO-2021000218
Service Fee: $69.65

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c