FRANKLIN COUNTY SUPERIOR COURT
Clerk's Minutes
Judicial Officer: Peterson, Pamela E
Court Reporter: Katie DeVoir
Clerk: X Yazmin Leos
Bailiff: Lew Reed
Courtroom 1

Date: 02/08/2021, 2:33 PM

21-2-50049-11
WASHINGTON TRUST BANK
vs
EASTERDAY RANCHES, INC. et al

Parties Present:

Parties not Present:

| | |
|---|---|
| Brunnquell, William James | Attorney |
| Buford, Thomas A, III | Attorney |
| | Attorney |
| CHS CAPITAL, LLC | Involved Party |
| EASTERDAY FARMS | Defendant |
| EASTERDAY RANCHES, INC. | Defendant |
| EASTERDAY, CODY | Defendant |
| EASTERDAY, DEBBY | Defendant |
| EASTERDAY, KAREN | Defendant |
| Fox, Gregory R | Attorney |
| PINCOCK, TREVOR R | Attorney |
| WASHINGTON TRUST BANK | Plaintiff |

Matter set for: Motion Hearing

Entries:

COURT IN SESSION MOTION HEARING

NO PARTIES PRESENT

HEARING CONTINUED TO FEBRUARY 22, 2021 AT 2:30 PM

<u>Events:</u>

Hearing Continued Unspecified

<u>Hearings Scheduled:</u>
February 22, 2021 2:30 PM Motion Hearing