E-FILED
FEBRUARY 08, 2021
2:50 PM
XOCHITL LEOS
FRANKLIN COUNTY CLERK

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>    Defendants. | No. 21-2-50049-11<br><br>NOTICE OF APPEARANCE OF THOMAS A. BUFORD |

TO:          CLERK OF THE COURT
AND TO:   JUDGE / COURT COMMISSIONER
AND TO:   ALL OTHER PARTIES-IN-INTEREST

NOTICE OF APPEARANCE OF THOMAS A. BUFORD – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb078r01mp

21-80010-WLH    Doc 1-28    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 1 of 2

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear on behalf of Easterday Farms. All further pleadings, except original process, shall be served upon the undersigned.

DATED this 8th day of February, 2021.

BUSH KORNFELD LLP

By /s/ Thomas A. Buford
Thomas A. Buford, WSBA #52969
601 Union Street, Suite 5000
Seattle, Washington 98101
Tel: (206) 292-2110
Email: tbuford@bskd.com

*Attorneys for Defendants Easterday Farms and Easterday Ranches, Inc.*

NOTICE OF APPEARANCE OF THOMAS A. BUFORD – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb078r01mp

21-80010-WLH    Doc 1-28    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 2 of 2