IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation, | No. 21-2-50049-11 |
| Plaintiff, | |
| v. | NOTICE OF BANKRUPTCY AND STAY OF PROCEEDINGS |
| EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday, | |
| Defendants. | |

TO:         CLERK OF THE COURT
AND TO:     JUDGE / COURT COMMISSIONER
AND TO:     ALL OTHER PARTIES-IN-INTEREST

NOTICE OF BANKRUPTCY AND STAY OF PROCEEDINGS – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb06ps01jd

NOTICE IS HEREBY GIVEN that on February 8, 2021, Easterday Farms, defendant herein, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Washington, Case No. 21-00176-WLH11. Therefore, pursuant to 11 U.S.C. § 362(a)(1), this proceeding is stayed with respect to defendant Easterday Farms.

Easterday Farms's local bankruptcy counsel is Thomas A. Buford of Bush Kornfeld LLP, 601 Union Street, Suite 5000, Seattle, WA 98101-2373.

DATED this 8st day of February, 2021.

BUSH KORNFELD LLP

By /s/ Thomas A. Buford
Thomas A. Buford, WSBA #52969
601 Union Street, Suite 5000
Seattle, Washington 98101
Tel: (206) 292-2110
Email: tbuford@bskd.com

*Bankruptcy Counsel for Easterday Farms and Easterday Ranches, Inc.*

NOTICE OF BANKRUPTCY AND STAY OF PROCEEDINGS – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

eb06ps01jd

21-80010-WLH    Doc 1-29    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 2 of 2