ORIGINAL FILED

FEB 18 2021

MICHAEL J. KILLIAN
FRANKLIN COUNTY CLERK

**SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR BENTON AND FRANKLIN COUNTIES**

7122 W Okanogan, Building A, Kennewick, WA 99336

Judge
Sam Swanberg

BENTON COUNTY JUSTICE CENTER
FRANKLIN COUNTY COURTHOUSE
Telephone (509) 736-3071
Fax (509) 736-3057

February 16, 2021

21-2-50049-11

Tracy Lybbert
Lybbert Fielding Real Estate
6119 Burden Blvd, Suite C
Pasco, WA 99301

Re: Letter dated February 2, 2021

Dear Mr. Lybbert:

I received your letter dated February 2, 2021, a copy of which is attached. Your letter is an improper *ex parte* communication: an attempt to directly contact a judge in a pending or prior case about matters in that case. I cannot directly respond to your letter. Instead, I am required by rule to file your letter in the case and provide copies to the all parties to this action. You may provide information to the counsel or parties in this case, but you may not contact me directly regarding it.

Regards,

Sam Swanberg
Superior Court Judge

Cc: Attorney for all parties.

Attachment: As indicated



RECEIVED
FEB 0 5 2021

February 2, 2021

Honorable Samuel P. Swanberg
Benton and Franklin Counties Superior Court
7122 W Okanogan Pl
Building A
Kennewick, WA 99336

Re: Easterday Ranches and Easterday Farms

Dear Judge Swanberg,

If it becomes necessary for Easterday Ranches and/or Easterday Farms to dispose of their assets, I have a cash buyer that is willing and able to purchase all of their farm ground at a fair market value, allowing parties to recoup losses. Our firm has reached out to Easterday and attorneys of all the parties, to inform them. I feel it prudent to inform you as well.

I would be happy to discuss this with the court further, should it be helpful.

Respectfully,

Tracy Lybbert

Tracy Lybbert, CCIM
Designated Broker/Owner
Lybbert Fielding Real Estate
6119 Burden Blvd, Suite C
Pasco, WA 99301
tracy@lybbertfielding.com
509-531-2361