FILED
FRANKLIN CO CLERK
2021 FEB 11 A 8:47
MICHAEL J. KILLIAN
BY x41 DEPUTY

SUPERIOR COURT OF WASHINGTON
IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| **WASHINGTON TRUST BANK**, a Washington banking corporation<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; **KAREN EASTERDAY**, individually and in her capacity as personal representative of the Estate of Gale A. Easterday,<br><br>Defendants. | NO. 21-2-50049-11<br><br>**NOTICE OF APPEARANCE ON BEHALF OF KAREN EASTERDAY** |

TO: Clerk of the Court
AND TO: Trevor Pincock, Attorney for Plaintiff

PLEASE TAKE NOTICE that CRANE BERGDAHL hereby enters his appearance in the above-entitled matter on behalf of **KAREN EASTERDAY**, *individually and in her capacity as personal representative of the Estate of Gale A. Easterday,* the Defendants herein, and requests that all future papers and pleadings, except process, be served upon him at his address below stated.

DATED this 3rd day of February, 2021.

Notice of Appearance - Page 1

CRANE BERGDAHL
6119 Burden Blvd., Ste. A, PO Box 2755
Pasco, WA 99302
Telephone (509) 545-4950
Facsimile (509) 545-4959

21-80010-WLH    Doc 1-31    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 1 of 4

*[signature]*

**CRANE BERGDAHL**  WSBA #741
*Street:*
6119 Burden Blvd., Suite A
Pasco, WA 99301
*Mail:*
P.O. Box 2755
Pasco, WA 99302-2755
Attorney for Defendant

Notice of Appearance - Page 2

CRANE BERGDAHL
6119 Burden Blvd., Ste. A., PO Box 2755
Pasco, WA 99302
Telephone (509) 545-4950
Facsimile (509) 545-4959

21-80010-WLH    Doc 1-31    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 2 of 4

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of February 2021, I caused to be served upon the below named counsel of record, at the address stated below, via service as indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| Karen Easterday<br>631 Bellflower Rd.<br>Mesa, WA 99343<br>karen@easterdayfarms.com | __ U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |
| Kim English<br>510 Bellflower Rd.<br>Mesa, WA 99343<br>kim@englishhay.com | __ U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |
| Cody Easterday<br>5235 N. Industrial Way<br>Pasco, WA 99301<br>cody@easterdayfarms.com | __ U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |
| Thomas Buford<br>Bush Kornfeld LLP<br>601 Union St., Suite 5000<br>Seattle, WA 98101<br>tbuford@bskd.com | __ U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |
| Alan D. Smith<br>Perkins Coie LLP<br>1201 Third Ave., Ste. 4800<br>Seattle, WA 98101-3099<br>adsmith@perkinscoie.com | __ U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |
| Alan Kornfeld<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>akornfeld@pszjlaw.com | __ U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |
| Carl Oreskovich<br>618 Riverside Ave., Suite 210<br>Spokane, WA 99201<br>carl@ettermcmahon.com | __ U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |

Notice of Appearance - Page 3

CRANE BERGDAHL
6119 Burden Blvd., Ste. A., PO Box 2755
Pasco, WA 99302
Telephone (509) 545-4950
Facsimile (509) 545-4959

21-80010-WLH   Doc 1-31   Filed 04/12/21   Entered 04/12/21 17:17:03   Pg 3 of 4

| | | |
|---|---|---|
| Peter Richter<br>200 S. Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | | __ U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |
| Trevor R. Pincock<br>Lukins & Annis PS<br>717 W. Sprague Ave., Suite 1800<br>Spokane, WA 99302<br>tpincock@lukins.com | | X U.S. Mail<br>__ Hand Delivered<br>__ Overnight Mail<br>__ Facsimile<br>X Email |

*/s/ Linda Jensen*
LINDA JENSEN, Legal Assistant

Notice of Appearance - Page 4

CRANE BERGDAHL
6119 Burden Blvd., Ste. A., PO Box 2755
Pasco, WA 99302
Telephone (509) 545-4950
Facsimile (509) 545-4959

21-80010-WLH    Doc 1-31    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 4 of 4