IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF FRANKLIN

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington Banking Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday<br><br>    Defendants. | Case No. 21-2-50049-11<br><br>NOTICE OF APPEARANCE |

TO:     Clerk of the Court; and

AND TO:     Attorneys of Record

    YOU ARE HEREBY NOTIFIED that Defendants Cody Easterday and Debby Easterday, without waiving objections as to improper service, venue or jurisdiction, hereby appear in this action by and through the law firm of Sussman Shank LLP, and the undersigned attorneys.

///

NOTICE OF APPEARANCE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH     Doc 1-32     Filed 04/12/21     Entered 04/12/21 17:17:03     Pg 1 of 3

All pleadings, notices, documents, or other papers in this action, exclusive of process, should be served upon the undersigned as said Defendants' attorney of record.

DATED this 20th day of February, 2021.

SUSSMAN SHANK LLP

By_____
Jeffrey C. Misley, WSBA 33397
jmisley@sussmanshank.com
Thomas W. Stilley, WSBA 21718
tstilley@sussmanshank.com
Laurie R. Hager, WSBA 38643
lhager@sussmanshank.com
Attorneys for Defendants Cody Easterday
and Debby Easterday

NOTICE OF APPEARANCE - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 1-32    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 2 of 3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the individual mentioned below in the manner indicated:

| | |
|---|---|
| Trevor Pincock<br>Lukins & Annis Attorneys<br>717 W Sprague Avew., Suite 1600<br>Spokane, WA 99201<br>tpincock@lukins.com<br><br>*Attorney for Plaintiff* | [XX] Via First Class Mail on (February 22, 2021)<br>[XX] Via Email |
| Thomas Buford 3rd<br>Bush Kornfeld LLP<br>601 Uion St, Ste 5000<br>Seattle, WA 981010<br>tbuford@bskd.com<br><br>*Attorney for Easterday Ranch and Easterday Farms, Inc.* | [XX] Via First Class Mail on (February 22, 2021)<br>[XX] Via Email |
| R. Crane Bergdahl<br>PO Box 2755<br>Pasco, WA 99702<br>cranelaw@msn.com<br><br>*Attorney for Karen Easterday* | [XX] Via First Class Mail on (February 22, 2021)<br>[XX] Via Email |

Executed this 20th day of February, 2021, at Portland, Oregon.

SUSSMAN SHANK LLP

*/s/ Jeffrey C. Misley*
Jeffrey C. Misley, WSBA 33397
Of Attorneys for Defendants

NOTICE OF APPEARANCE - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 1-32    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 3 of 3