SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendants. | NO. 21-2-50049-11<br><br>NOTICE OF APPEARANCE |

TO: THE CLERK OF THE COURT

AND TO: CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday, and their attorneys of record

PLEASE TAKE NOTICE that Burke D. Jackowich of Lukins & Annis, P.S., enters his appearance for the above-named Plaintiff and associates as counsel with Trevor R. Pincock of Lukins & Annis, P.S.

///

NOTICE OF APPEARANCE: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 3/10/21

DATED this 10th day of March, 2021.

                          LUKINS & ANNIS, P.S.

                          By _____
                          BURKE D. JACKOWICH,
                          WSBA #31722
                          Attorney for Plaintiff

NOTICE OF APPEARANCE: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 3/10/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of March 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| Recipient | Method |
|---|---|
| Sussman Shank, LLP<br>Jeffrey C. Misley<br>Thomas Stilley<br>Laurie Hager<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205<br><br>*Attorneys for Cody and Debby Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com<br><br>*Attorney for Karen Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |

NOTICE OF APPEARANCE: 3

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131  3/10/21

| | | |
|---|---|---|
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☒<br>☐<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| El Paso District Office<br>915.834.4600<br>DL0050@sba.gov | ☐<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Thomas Buford 3rd<br>Bush Kornfeld, LLP<br>601 Union St., Ste 5000<br>Seattle, WA 98101<br>tbuford@bskd.com<br><br>*Attorney for Easterday Ranch & Easterday Farms, Inc.* | ☒<br>☐<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |

/s/ Sheana Loomis
SHEANA LOOMIS, Legal Assistant

NOTICE OF APPEARANCE: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01988131 3/10/21


RECEIVED
MAR 15 2021
SUSMAN GODFREY LLP

**LUKINS & ANNIS** | ATTORNEYS

717 W Sprague Ave, Ste 1600
Spokane, WA 99201-0466

SPOKANE WA 990
11 MAR 2021 PM



US POSTAGE
$00.51⁰
First-Class
Mailed From 99201
03/11/2021
032A 0061846390

SUSSMAN SHANK, LLP
JEFFREY C. MISLEY
THOMAS STILLEY
LAURIE HAGER
1000 SW BROADWAY, SUITE 1400
PORTLAND, OR 97205

97205-308999