SUPERIOR COURT OF WASHINGTON
IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>                       Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>                       Defendants. | NO. 21-2-50049-11<br><br>PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT |

Plaintiff Washington Trust Bank, by and through its attorneys, Lukins & Annis, P.S., moves the Court for an order taking and entering the default of above-named Defendants CODY EASTERDAY, DEBBY EASTERDAY and KAREN EASTERDAY in accordance with CR 55(a) for failure to file an Answer to the Plaintiff's Complaint in this action, and for judgment in accordance with CR 55(b)(1).

MOTION AND AFFIDAVIT FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21

Jurisdiction and venue are proper in Franklin County Superior Court pursuant to RCW 2.08.010 and RCW 4.12.025 because at least one of the Defendants resides in Franklin County.

This Motion for Default is based upon the Declaration of Burke D. Jackowich and the Declaration of Claire Baker, attached hereto, and upon the files and records herein.

In the alternative, Plaintiff Washington Trust Bank moves the Court for an order entering summary judgment for the Plaintiff in accordance with CR 56 based on the Declaration of Burke Jackowich, the Declaration of Claire Baker and the arguments and points of law in the memorandum supporting this Motion.

DATED this 19th day of March, 2021.

LUKINS & ANNIS, P.S.

By _____
BURKE D. JACKOWICH
WSBA# 31722
TREVOR R. PINCOCK
WSBA #36818
Attorneys for Plaintiff
Washington Trust Bank

MOTION AND AFFIDAVIT FOR ORDER OF
DEFAULT AND DEFAULT JUDGMENT: 2

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of March 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| Recipient | Method |
|---|---|
| Sussman Shank, LLP<br>Jeffrey C. Misley<br>Thomas Stilley<br>Laurie Hager<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205<br><br>*Attorneys for Cody and Debby Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com<br><br>*Attorney for Karen Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |

MOTION AND AFFIDAVIT FOR ORDER OF
DEFAULT AND DEFAULT JUDGMENT: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21

| | | | |
|---|---|---|---|
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☒<br>☐<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email | |
| Thomas Buford 3rd<br>Bush Kornfeld, LLP<br>601 Union St., Ste 5000<br>Seattle, WA 98101<br>tbuford@bskd.com<br><br>*Attorney for Easterday Ranch & Easterday Farms, Inc.* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email | |

_____
SHEANA LOOMIS, Legal Assistant

MOTION AND AFFIDAVIT FOR ORDER OF
DEFAULT AND DEFAULT JUDGMENT: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21