SUPERIOR COURT OF WASHINGTON
IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>　　　　　　　　Defendants. | NO. 21-2-50049-11<br><br>DECLARATION OF BURKE D. JACKOWICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT |

I, BURKE D. JACKOWICH, hereby make the following declaration:

1. I am one of the attorneys for the Plaintiff in the above-entitled action. I am over the age of 18 years and I am competent to testify as to the matters set forth herein. I make this Declaration of my own personal knowledge and belief.

2. That this is an action for breach of contract; and that as more fully appears from the files herein, Defendants CODY EASTERDAY, DEBBY EASTERDAY and KAREN EASTERDAY were duly served with a copies of the Summons and Complaint herein on

DECLARATION OF BURKE D. JACKOWICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT: 1

3/18/21

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

January 30, 2021, by personal service. A copy of the Return of Service was filed with the Court on February 3, 2021.

3. Attached hereto as **Exhibits A, B and C** are the Affidavits of Service filed with the Court.

4. Defendants CODY EASTERDAY and DEBBY EASTERDAY retained the law firm of Sussman Shank, LLP, which filed a Notice of Appearance for attorneys Jeffrey C. Misley, Thomas Stilley and Laurie R. Hager on February 20, 2021.

5. Defendant KAREN EASTERDAY retained attorney Crane Bergdahl who filed a Notice of Appearance on February 3, 2021.

6. I have had several phone calls with Defendants' counsel in an attempt to obtain Answers to the Compliant. Defendants initially requested additional time to file their Answers and then requested a phone conference to argue that they should not be required to file Answers with this Court.

7. As of the date of this Affidavit, no Answers have been filed.

8. Defendants have failed to Answer the Complaint herein, although more than the time set forth in the Summons has since elapsed; Defendants are therefore in default.

9. Notice of this Motion and Declaration for Order of Default and Default Judgment, or in the Alternative Summary Judgment was served on Defendant's counsel March 19, 2021 as set forth in the Certificates of Service.

DECLARATION OF BURKE D. JACKOWICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT: 2

3/18/21

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

10. As of the date of this filing, Lukins & Annis has not received notice of any bankruptcy filing by CODY EASTERDAY, DEBBY EASTERDAY, or KAREN EASTERDAY.

11. Outstanding fees incurred in this matter as of February 28, 2021 were 108,254.50, additional fees were incurred and are expected to be incurred in connection with the enforcement of these Guaranties and the underlying Promissory Note.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 19th day of March, 2021.

_____
BURKE D. JACKOWICH, WSBA #31722

DECLARATION OF BURKE D. JACKOWICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT: 3

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21

21-80010-WLH    Doc 1-36    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 3 of 14

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of March 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| Party | Method |
|---|---|
| Sussman Shank, LLP<br>Jeffrey C. Misley<br>Thomas Stilley<br>Laurie Hager<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205<br><br>*Attorneys for Cody and Debby Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com<br><br>*Attorney for Karen Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |

DECLARATION OF BURKE D. JACKOWICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT: 4

3/18/21

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

| | | |
|---|---|---|
| 1  2  3  4 | U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |
| 5  6  7  8 | Thomas Buford 3rd<br>Bush Kornfeld, LLP<br>601 Union St., Ste 5000<br>Seattle, WA 98101<br>tbuford@bskd.com<br><br>*Attorney for Easterday Ranch & Easterday Farms, Inc.* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |

*(signature)*
SHEANA LOOMIS, Legal Assistant

---

DECLARATION OF BURKE D. JACKOWICH IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND DEFAULT JUDGMENT OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21

# EXHIBIT A

COPY
ORIGINAL FILED

FEB 03 2021

MICHAEL J. KILLIAN
FRANKLIN COUNTY CLERK

## AFFIDAVIT OF SERVICE

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR THE COUNTY OF FRANKLIN

Case Number: 21-2-50049-11

Plaintiff/Petitioner:
**WASHINGTON TRUST BANK, a Washington Banking Corporation**

vs.

Defendent/Respondent:
**EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnreship; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday**

Service Documents:
SUMMONS; COMPLAINT; NOTE FOR MOTION DOCKET TO SHORTEN TIME; MOTION TO SHORTEN TIME; NOTE FOR MOTION DOCKET - MOTION TO APPOINT RECEIVER; MOTION TO APPOINT RECEIVER; DECLARATION OF TIM COBB IN SUPPORT OF MOTION TO APPOINT A RECEIVER; DECLARATION OF CLAIRE BAKER IN SUPPORT OF MOTION TO APPOINT A RECEIVER; ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME

For:
LUKINS & ANNIS, P.S.
717 W. Sprague Ave
Suite 1600
Spokane, WA 99201-0466

Received by PRONTO PROCESS SERVICE to be served on **CODY EASTERDAY, 830 BELLFLOWER ROAD, MESA, WA 99343**.

I, M ALMQUIST, being duly sworn, depose and say that on the 30th day of January, 2021 at 3:30 pm, I:

**\*SUBSTITUTE SERVICE**
That on **1/30/2021** at **3:30 pm** at **830 BELLFLOWER ROAD, MESA, WA 99343**, I duly served the above described documents in the above entitled matter upon **CODY EASTERDAY** by then and there at the residence and usual place of abode of said person (s), personally delivering ONE true and correct copy(ies) thereof to and leaving the same with **DEBBY EASTERDAY**, as **CO-RESIDENT**, being a person of suitable age and discretion then resident therein who confirmed residence of the party to be served.



## AFFIDAVIT OF SERVICE For

The undersigned, being first duly sworn on oath, deposes and says; That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Service, over the age of eighteen years, not a party to or interested in the above action and competent to be a witness therein.

Subscribed and Sworn to before me on the 31st day of January, 2021 by the affiant who is personally known to me.

_Amanda Mayfield_
NOTARY PUBLIC

AMANDA J MAYFIELD
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION NO. 194940
EXPIRES SEPTEMBER 29, 2021

M ALMQUIST
3073

PRONTO PROCESS SERVICE
114 N 5TH
Pasco, WA 99301
(509) 547-1122

Our Job Serial Number: PTO-2021000215
Service Fee: $219.65

Copyright © 1992-2021 Database Services, Inc. – Process Server's Toolbox V8.1c

**EXHIBIT B**

COPY
ORIGINAL FILED
FEB 03 2021
MICHAEL J. KILLIAN
FRANKLIN COUNTY CLERK

## AFFIDAVIT OF SERVICE

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### IN AND FOR THE COUNTY OF FRANKLIN

Case Number: 21-2-50049-11

Plaintiff/Petitioner:
WASHINGTON TRUST BANK, a Washington Banking Corporation

vs.

Defendant/Respondent:
EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnreship; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday

Service Documents:
SUMMONS; COMPLAINT; NOTE FOR MOTION DOCKET TO SHORTEN TIME; MOTION TO SHORTEN TIME; NOTE FOR MOTION DOCKET - MOTION TO APPOINT RECEIVER; MOTION TO APPOINT RECEIVER; DECLARATION OF TIM COBB IN SUPPORT OF MOTION TO APPOINT A RECEIVER; DECLARATION OF CLAIRE BAKER IN SUPPORT OF MOTION TO APPOINT A RECEIVER; ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME

For:
LUKINS & ANNIS, P.S.
717 W. Sprague Ave
Suite 1600
Spokane, WA 99201-0466

Received by PRONTO PROCESS SERVICE to be served on **DEBBY EASTERDAY, 830 BELLFLOWER ROAD, MESA, WA 99343**.

I, M ALMQUIST, being duly sworn, depose and say that on the **30th day of January, 2021 at 3:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **above listed documents** to: **DEBBY EASTERDAY** at the address of: **830 BELLFLOWER ROAD, MESA, WA 99343**, and informed said person of the contents therein, in compliance with state statutes.
Affiant further states, based on the information available, the defendant (s) are not in the military service or a dependent of a service member.



## AFFIDAVIT OF SERVICE For

The undersigned, being first duly sworn on oath, deposes and says; That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Service, over the age of eighteen years, not a party to or interested in the above action and competent to be a witness therein.

Subscribed and Sworn to before me on the 31st day of January, 2021 by the affiant who is personally known to me.

_Amanda Mayfield_
NOTARY PUBLIC

AMANDA J MAYFIELD
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION NO. 194940
EXPIRES SEPTEMBER 29, 2021

M ALMQUIST
3073

PRONTO PROCESS SERVICE
114 N 5TH
Pasco, WA 99301
(509) 547-1122

Our Job Serial Number: PTO-2021000216
Service Fee: $69.65

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

# EXHIBIT C

COPY
ORIGINAL FILED

FEB 03 2021

MICHAEL J. KILLIAN
FRANKLIN COUNTY CLERK

## AFFIDAVIT OF SERVICE

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF FRANKLIN

Case Number: 21-2-50049-11

Plaintiff/Petitioner:
WASHINGTON TRUST BANK, a Washington
Banking Corporation

vs.

Defendent/Respondent:
EASTERDAY RANCHES, INC., a Washington
corporation; EASTERDAY FARMS, a
Washington general partnreship; CODY
EASTERDAY, individually; DEBBY
EASTERDAY, individually; KAREN
EASTERDAY, individually and in her capacity
as personal representative of the Estate of
Gale Easterday

Service Documents:
SUMMONS; COMPLAINT; NOTE FOR
MOTION DOCKET TO SHORTEN TIME;
MOTION TO SHORTEN TIME; NOTE
FOR MOTION DOCKET - MOTION TO
APPOINT RECEIVER; MOTION TO
APPOINT RECEIVER; DECLARATION
OF TIM COBB IN SUPPORT OF
MOTION TO APPOINT A RECEIVER;
DECLARATION OF CLAIRE BAKER IN
SUPPORT OF MOTION TO APPOINT A
RECEIVER; ORDER GRANTING
PLAINTIFF'S MOTION TO SHORTEN
TIME

For:
LUKINS & ANNIS, P.S.
717 W. Sprague Ave
Suite 1600
Spokane, WA 99201-0466

Received by PRONTO PROCESS SERVICE to be served on **KAREN EASTERDAY, 631 BELLFLOWER ROAD, MESA, WW 99343**.

I, M ALMQUIST, being duly sworn, depose and say that on the **30th day of January, 2021 at 9:10 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **above listed documents** to: **KAREN EASTERDAY** at the address of: **631 BELLFLOWER ROAD, MESA, WW 99343**, and informed said person of the contents therein, in compliance with state statutes.
Affiant further states, based on the information available, the defendant (s) are not in the military service or a dependent of a service member.



## AFFIDAVIT OF SERVICE For

The undersigned, being first duly sworn on oath, deposes and says; That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Service, over the age of eighteen years, not a party to or interested in the above action and competent to be a witness therein.

Subscribed and Sworn to before me on the 31st day of January, 2021 by the affiant who is personally known to me.

*Amanda Mayfield*
NOTARY PUBLIC

AMANDA J MAYFIELD
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION NO. 194940
EXPIRES SEPTEMBER 29, 2021

M ALMQUIST
3073

PRONTO PROCESS SERVICE
114 N 5TH
Pasco, WA 99301
(509) 547-1122

Our Job Serial Number: PTO-2021000217
Service Fee: $219.65

Copyright © 1992-2021 Database Services, Inc - Process Server's Toolbox V8.1c