SUPERIOR COURT OF WASHINGTON
IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendants. | NO. 21-2-50049-11<br><br>[PROPOSED] ORDER OF DEFAULT |

## I. ORDER OF DEFAULT

THIS MATTER coming on regularly for hearing on the motion of Plaintiff for Order of Default and Default Judgment or in the Alternative Summary Judgment against Defendants Cody Esterday, Debby Easterday and Karen Easterday; and it appearing from the files and records of this Court in this cause that jurisdiction and venue is proper in this Court pursuant to RCW 2.08.010 and RCW 4.12.025; and that service of the Summons and Complaint was effected upon Defendants on January 30, 2021, and that the Defendants, having appeared, but

[PROPOSED] ORDER OF DEFAULT: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21

having failed to file an answer, are wholly in default, and the Court being fully advised, it is now:

ORDERED, ADJUDGED, AND DECREED that Defendants Cody Easterday, Debby Easterday and Karen Easterday, are hereby in default.

DONE IN OPEN COURT this ___ day of April, 2021.

_____
JUDGE/COURT COMMISSIONER

Presented by:

LUKINS & ANNIS, P.S.

By _____
BURKE D. JACKOWICH
WSBA# 31722
TREVOR R. PINCOCK
WSBA# 36818
Attorneys for Plaintiffs

[PROPOSED] ORDER OF DEFAULT: 2

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of March 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| | | |
|---|---|---|
| Sussman Shank, LLP<br>Jeffrey C. Misley<br>Thomas Stilley<br>Laurie Hager<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205<br><br>*Attorneys for Cody and Debby Easterday* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com<br><br>*Attorney for Karen Easterday* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☒<br>☐<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |

[PROPOSED] ORDER OF DEFAULT: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21

| | | |
|---|---|---|
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☒<br>☐<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Thomas Buford 3rd<br>Bush Kornfeld, LLP<br>601 Union St., Ste 5000<br>Seattle, WA 98101<br>tbuford@bskd.com<br><br>*Attorney for Easterday Ranch & Easterday Farms, Inc.* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |

*/s/ Sheana Loomis*
SHEANA LOOMIS, Legal Assistant

[PROPOSED] ORDER OF DEFAULT: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

3/18/21


RECEIVED
MAR 29 2021
SUSSMAN SHANK LLP