SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>  Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>  Defendants | NO. 21-2-00252-37<br><br>JUDGMENT |

That Plaintiff has entered evidence in support of the Motion for Order of Default and Default Judgment or in the Alternative Summary Judgment previously filed herein in accordance with CR 55(b)(1) and that amounts due are certain:

## II. JUDGMENT SUMMARY

1. Judgment Creditors:                                   Washington Trust Bank

2. Attorneys for Judgment Creditor:                Lukins & Annis, P.S.

JUDGMENT: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173 3/18/21

3. Judgment Debtors: Cody Easterday,
Debby Easterday
Karen Easterday

4. Judgment Amount: $ 44,651,236.21

5. Attorneys' Fees and Costs: $ 108,254.50

6. Interest Rate on Judgment: 12 percent per annum

7. **TOTAL JUDGMENT:** $ 44,759,490.71

## III. JUDGMENT

THIS CAUSE came before the court for hearing on the ___ day of April, 2021, Defendants Cody Easterday, Debby Easterday and Karen Easterday ordered to be in default and the Plaintiff being represented by its attorneys, Lukins & Annis, P.S., evidence of an Order of Default in the cause herein granted by the Court on the same day having been introduced, and the Court having entered its Order of Default; now, therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Washington Trust Bank, does have and may recover from Defendants Cody Easterday, Debby Easterday and Karen Easterday, jointly and severally, the principal sum of $44,651,236.21, and attorneys' fees and costs in the amount of $108,254.50, for a total judgment of **$44,759,490.71** with interest thereon at the rate of 12 per cent per annum until fully paid.

DONE IN OPEN COURT this ___ day of April, 2021.

_____
JUDGE/COURT COMMISSIONER

JUDGMENT: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173 3/18/21

21-80010-WLH    Doc 1-39    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 2 of 6

Presented by:

LUKINS & ANNIS, P.S.

By _____
BURKE D. JACKOWICH
WSBA# 31722
TREVOR R. PINCOCK
WSBA# 36818
Attorneys for Plaintiffs

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173 3/18/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of March 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| Recipient | Method |
|---|---|
| Sussman Shank, LLP<br>Jeffrey C. Misley<br>Thomas Stilley<br>Laurie Hager<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205<br><br>*Attorneys for Cody and Debby Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com<br><br>*Attorney for Karen Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |

JUDGMENT: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173  3/18/21

| | | |
|---|---|---|
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☒<br>☐<br>☐<br>☐<br>☐ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |
| Thomas Buford 3rd<br>Bush Kornfeld, LLP<br>601 Union St., Ste 5000<br>Seattle, WA 98101<br>tbuford@bskd.com<br><br>*Attorney for Easterday Ranch & Easterday Farms, Inc.* | ☒<br>☐<br>☐<br>☐<br>☒ | U.S. Mail<br>Hand Delivered<br>Overnight Mail<br>Telecopy (FAX)<br>Via email |

*/s/ Sheana Loomis*
SHEANA LOOMIS, Legal Assistant

JUDGMENT: 5

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173  3/18/21


RECEIVED MAR 2 9 2021
SUSSMAN SHANK LLP