SUPERIOR COURT OF WASHINGTON IN AND FOR FRANKLIN COUNTY

| | |
|---|---|
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendants | NO. 21-2-00252-37<br><br>NOTE FOR HEARING<br><br>Hearing Date: April 26, 2021<br><br>Hearing Time: 2:30 p.m. |

**TO:** CLERK of the above-entitled Court.

**AND TO:** The above referenced parties.

**PLEASE TAKE NOTICE** that this case will be set for a hearing in Franklin County Superior Court on the Plaintiff's Motion for Order of Default and Default Judgment or in the Alternative, Motion for Summary Judgment:

**DATE:** Monday, April 26, 2021
**TIME:** 2:30 p.m.

NOTE FOR HEARING: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173  3/18/21

| | | |
|---|---|---|
| **NATURE:** | | Motion for Order of Default and Default Judgment or in the Alternative, Motion for Summary Judgment |
| **PLACE:** | | Via WebEx (information will be available on Franklin County Superior Court website before the hearing) |

If you (or your attorney on your behalf) do not appear in court at the time shown above, the relief requested in the Motion may be granted by the court in your absence.

DATED this 19th day of March, 2021.

By _____
BURKE D. JACKOWICH
WSBA# 31722
TREVOR R. PINCOCK
WSBA #36818
Attorneys for Plaintiff
Washington Trust Bank

NOTE FOR HEARING: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173 3/18/21

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of March 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to all counsel of record as follows:

| Recipient | Method |
|---|---|
| Sussman Shank, LLP<br>Jeffrey C. Misley<br>Thomas Stilley<br>Laurie Hager<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205<br><br>*Attorneys for Cody and Debby Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| Peter Richter<br>Peter Richter:<br>200 South Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>prichter@paladinmgmt.com | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| R. Crane Bergdahl<br>6119 Burden Blvd., Suite A<br>Pasco, WA 99301<br>P.O. Box 2755<br>Pasco, WA 99302<br>cranelaw@msn.com<br><br>*Attorney for Karen Easterday* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |
| CHS Capital, LLC dba CHSC NM<br>5500 Cenex Dr.<br>Inver Grove Heights, MN 550077 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☐ Via email |

NOTE FOR HEARING: 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173 3/19/21

| | |
|---|---|
| U.S. Small Business Administration<br>1545 Hawkins Blvd, Suite 202<br>El Paso, TX 79925 | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>  Via email |
| Thomas Buford 3rd<br>Bush Kornfeld, LLP<br>601 Union St., Ste 5000<br>Seattle, WA 98101<br>tbuford@bskd.com<br><br>*Attorney for Easterday Ranch & Easterday Farms, Inc.* | ☒ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (FAX)<br>☒ Via email |

*/s/ Sheana Loomis*
SHEANA LOOMIS, Legal Assistant

NOTE FOR HEARING: 4

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

01479173  3/19/21