## Case Information

21-2-50049-11 | WASHINGTON TRUST BANK vs EASTERDAY RANCHES, INC. et al

| | | |
|---|---|---|
| Case Number<br>21-2-50049-11 | Court<br>Franklin | |
| File Date<br>02/01/2021 | Case Type<br>COM Commercial | Case Status<br>Active |

## Party

**Plaintiff**
WASHINGTON TRUST BANK

Active Attorneys ▼
Attorney
Jackowich, Burke D
Retained

Lead Attorney
PINCOCK, TREVOR R
Retained

**Defendant**
EASTERDAY RANCHES, INC.

Active Attorneys ▼
Lead Attorney
Buford, Thomas A, III
Retained

**Defendant**
EASTERDAY FARMS

Active Attorneys ▼
Lead Attorney
Buford, Thomas A, III
Retained

| Defendant | Active Attorneys ▼ |
|---|---|
| EASTERDAY, CODY | Attorney<br>Stilley, Thomas William<br>Retained |
| | Lead Attorney<br>Misley, Jeffrey Craig<br>Retained |
| | Attorney<br>HAGER, LAURIE R.<br>Retained |
| Defendant | Active Attorneys ▼ |
| EASTERDAY, DEBBY | Attorney<br>Stilley, Thomas William<br>Retained |
| | Lead Attorney<br>Misley, Jeffrey Craig<br>Retained |
| | Attorney<br>HAGER, LAURIE R.<br>Retained |
| Defendant | Active Attorneys ▼ |
| EASTERDAY, KAREN | Lead Attorney<br>Bergdahl, R. Crane<br>Retained |

## Events and Hearings

**02/01/2021 Motion Hearing** ▼

Judicial Officer
Swanberg, Samuel P

Hearing Time
2:30 PM

Result
Continued

02/01/2021 Case Information Cover Sheet

02/01/2021 Order Setting Case Schedule

02/01/2021 Summons

02/01/2021 Complaint

**02/01/2021 Motion** ▼

Comment
TO APPOINT RECEIVER

**02/01/2021 Declaration Affidavit** ▼

Comment
OF CLAIRE BAKER SUPPORTING MOTION TO APPOINT RECEIVER

**02/01/2021 Declaration Affidavit** ▼

Comment
OF TIM COBB SUPPORTING MOTION TO APPOINT RECEIVER

**02/01/2021 Note for Motion Docket** ▼

Comment
TO APPOINT RECEIVER

02/01/2021 Motion to Shorten Time

**02/01/2021 Proposed Order Findings** ▼

Comment
TO SHORTEN TIME

**02/01/2021 Note for Motion Docket** ▼

21-80010-WLH    Doc 1-41    Filed 04/12/21    Entered 04/12/21 17:17:03    Pg 3 of 6

**Comment**
TO SHORTEN TIME

**02/01/2021 Order Shortening Time**

Judicial Officer
Swanberg, Samuel P

**02/01/2021 Ex Parte Action With Order**

Judicial Officer
Swanberg, Samuel P

**02/01/2021 Hearing Continued Defense Respondent Requested**

**02/01/2021 Notice of Appearance**

**02/01/2021 Notice of Appearance**

**02/01/2021 Declaration Affidavit**

Comment
SUPPLEMENTAL OF C. BAKER IN SUPPORT OF MOTION APPOINTING RECEIVER

**02/01/2021 Notice**

Comment
OF BANKRUPTCY AND STAY OF PROCEEDINGS

**02/01/2021 Objection Opposition**

Comment
OF EASTERDAY FARMS/RANCHES, INC TO MOTION TO SHORTEN TIME

**02/03/2021 Note for Motion Docket**

Comment
AMENDED

**02/03/2021 Affidavit Declaration Certificate Confirmation of Service**

**02/03/2021 Affidavit Declaration Certificate Confirmation of Service**

**02/03/2021 Affidavit Declaration Certificate Confirmation of Service**

**02/03/2021 Affidavit Declaration Certificate Confirmation of Service**

**02/03/2021 Affidavit Declaration Certificate Confirmation of Service**

Comment
AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GALE EASTERDAY

21-80010-WLH　　Doc 1-41　　Filed 04/12/21　　Entered 04/12/21 17:17:03　　Pg 4 of 6

02/03/2021 Affidavit Declaration Certificate Confirmation of Service

02/08/2021 Motion Hearing ▾

Judicial Officer
Peterson, Pamela E

Hearing Time
2:30 PM

Result
Continued

Comment
TO APPOINT RECEIVER

02/08/2021 Notice of Appearance

02/08/2021 Notice ▾

Comment
OF BANKRUPTCY AND STAY PROCEEDINGS

02/08/2021 Hearing Continued Unspecified

02/11/2021 Notice of Appearance

02/18/2021 Letter ▾

Comment
FROM JUDGE SWANBERG

02/22/2021 Motion Hearing ▾

Judicial Officer
Shea-Brown, Jacqueline

Hearing Time
2:30 PM

Result
Stricken

Comment
TO APPOINT RECEIVER

02/22/2021 Notice of Appearance

02/22/2021 Hearing Stricken In Court Other Reason

03/15/2021 Notice of Appearance

03/29/2021 Motion for Default ▾

Comment
AND JUDGMENT OR ALTERNATIVELY FOR SUMMARY JUDGMENT

03/29/2021 Memorandum

Comment
SUPPORTING MOTION FOR DEFAULT

03/29/2021 Declaration Affidavit

Comment
SUPPORTING MOTION FOR DEFAULT

03/29/2021 Declaration Affidavit

Comment
OF CLAIRE BAKER SUPPORTING MOTION FOR DEFAULT

03/29/2021 Proposed Order Findings

Comment
OF DEFAULT

03/29/2021 Proposed Order Findings

Comment
JUDGMENT

03/29/2021 Note for Motion Docket

04/26/2021 Motion Hearing

Hearing Time
2:30 PM

Comment
FOR DEFAULT ALTERNATIVELY FOR SUMMARY JUDGMENT