# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re:<br> EASTERDAY RANCHES, Inc., et al.,<br>Debtor(s)<br>WASHINGTON TRUST BANK,<br>Plaintiff(s)<br>v.<br>EASTERDAY RANCHES, INC;<br>EASTERDAY FARMS;<br>CODY EASTERDAY;<br>DEBBY EASTERDAY;<br>KAREN EASTERDAY; individually and in her capacity as personal representative of the Estate of Gale Easterday,<br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 21-00141-WLH11<br><br>Adv. Proc. No. 21-80010-WLH<br><br>**NOTICE OF SCHEDULING CONFERENCE** |

PLEASE TAKE NOTICE THAT a scheduling conference has been set for June 2, 2021 at 10:00 AM on the above-entitled adversary proceeding for the purpose of addressing matters contemplated by FRCP 16(b).

PLEASE TAKE FURTHER NOTICE THAT:

The attorney for the plaintiff shall provide a copy of this notice to all opposing parties or their attorneys.

The parties shall confer as required by FRCP 26(f). In accordance with that rule, but in no event no less than five (5) days prior to the date set for the scheduling conference, the attorneys of record shall file a written report as contemplated by FRCP 26(f).

Each party shall also certify that he or she considered mediation to resolve the dispute by filing ADR Form 2, Certificate of Compliance with LBR 9019-2.

The scheduling conference will be held by telephone conference. To be included on the scheduling conference, each party must call (877) 402-9757, Access 7036041 at the designated time referred to above. If you should have any questions, please call Nydia Urlacher at (509) 576-6105.

The written report is due no later than May 28, 2021.

Dated: April 13, 2021

                                                        Clerk, U.S. Bankruptcy Court

                                        by: /s/ Tiffany James
                                            Deputy Clerk