TREVOR R. PINCOCK
WSBA #36818
JED W. MORRIS
WSBA #13832
BURKE D. JACKOWICH
WSBA #31722
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Creditor
Washington Trust Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, Inc., et al,<br><br>Debtor(s). | NO. 21-00141-WLH11<br><br>ADV. No. 21-80010-WLH<br><br>NOTICE OF APPEARANCE |
| WASHINGTON TRUST BANK,<br><br>Plaintiff(s),<br><br>v.<br><br>EASTERDAY RANCHES, INC; EASTERDAY FARMS; CODY EASTERDAY; DEBBY EASTERDAY; KAREN EASTERDAY; individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendant(s). | |

To: All Parties in Interest Appearing on the Court's Official Master Mailing List

    PLEASE TAKE NOTICE that Trevor R. Pincock, Jed W. Morris, and Burke D. Jackowich of Lukins & Annis, P.S., enters an appearance for Washington Trust

NOTICE OF APPEARANCE: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

4/15/21

21-80010-WLH    Doc 3    Filed 04/15/21    Entered 04/15/21 11:41:52    Pg 1 of 2

Bank, and requests that all further pleadings and papers be served upon this creditor at Lukins & Annis, P.S., at the address above stated.

DATED this 15th day of March, 2021.

          LUKINS & ANNIS, P.S.

          By: /s/ Trevor R. Pincock
            TREVOR R. PINCOCK
            WSBA #36818
            JED W. MORRIS
            WSBA #13832
            BURKE D. JACKOWICH
            WSBA #31722

            Attorneys for Plaintiffs

NOTICE OF APPEARANCE: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

4/15/21

21-80010-WLH   Doc 3   Filed 04/15/21   Entered 04/15/21 11:41:52   Pg 2 of 2