Jeffrey C. Misley, WSBA # 33397
jmisley@sussmanshank.com
Laurie R. Hager, WSBA # 38643
lhager@sussmanshank.com
Thomas W. Stilley, WSBA #21718
tstilley@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

*Attorneys for Defendant Cody and Debby Easterday*

Honorable Whitman L. Holt

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>    Debtor(s).[1]<br><br>―――――――――――――――――<br><br>WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>    Defendant(s). | Lead Case No. 21-00141-11 (WLH)<br>Jointly Administered<br><br><br><br><br>Adversary<br>Proceeding No. 21-80010-WLH<br><br><br>JOINT MOTION TO ENLARGE TIME TO FILE ANSWER |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general Partnership (21-00176).

JOINT MOTION TO ENLARGE TIME TO FILE ANSWER - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 6    Filed 04/19/21    Entered 04/19/21 14:54:20    Pg 1 of 3

Pursuant to FRBP 9006(b)(1), defendants Cody Easterday, Debby Easterday, and Karen Easterday ("Moving Defendants"), through their respective counsel, hereby jointly move the court for an extension of time to file their Answer in this adversary proceeding. Pursuant to FRBP 9027(g), Moving Defendants' Answer would be due on April 19, 2021. Moving Defendants request that the Court extend the Answer deadline to May 3, 2021, because good cause exists based on the reasons descried in this Motion.

Moving Defendants have conferred with counsel for Washington Trust Bank ("Washington Trust") regarding the relief requested in this Motion. Washington Trust consents to the relief requested, subject to its reservation of rights to seek remand.

Washington Trust filed its lawsuit against Easterday Ranches, Inc., Easterday Farms, Cody Easterday, Debby Easterday, and Karen Easterday in Franklin County Superior Court on February 1, 2021 ("State Court Action"). Later on February 1, 2021, Easterday Ranches, Inc. filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code in Case No. 21-00141-11 (WLH). On February 8, 2021, Easterday Farms filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code in Case No. 21 -00176-11 (WLH). The two bankruptcy proceedings are being jointly administered.

Moving Defendants filed Notices of Appearance in the State Court Action. On or about March 26, 2021, Washington Trust filed notice of a hearing, scheduled for April 26, 2021, on a motion to default the Moving Defendants in the State Court Action. Under Washington Court Rule 55(a)(2), "If the party has appeared before the motion is filed, the party may respond to the pleading or otherwise defend at any time before the hearing on the motion." Because Moving Defendants appeared in the State Court Action, their deadline to respond to Washington Trust's Complaint was prior to the April 26, 2021 hearing. None of the Moving Defendants, however, have yet filed an Answer.

JOINT MOTION TO ENLARGE TIME TO FILE ANSWER - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 6    Filed 04/19/21    Entered 04/19/21 14:54:20    Pg 2 of 3

On April 12, 2021, the State Court Action was removed to this Court. Pursuant to FRBP 9027(g), as a result of the removal, Moving Defendants' deadline to file a response to Washington Trust's Complaint is seven days after removal, i.e., April 19, 2021.

On April 26, 2021, this Court will hold a hearing on whether to approve the Cooperation Agreement negotiated among several parties, including Washington Trust. If that Cooperation Agreement is approved, then this adversary proceeding will be stayed, and Moving Defendants will not need to file an Answer pending the performance of the Cooperation Agreement. If that Cooperation Agreement is rejected, then Moving Defendants seek seven days from the date of the hearing, i.e., until May 3, 2021, to file their Answer.

Based on the foregoing reasons, Moving Defendants believe that good cause exists to extend their Answer deadline from April 19, 2021 to May 3, 2021.

Dated this 19th day of April, 2021.

SUSSMAN SHANK LLP

By: /s/ Jeffrey C. Misley
Jeffrey C. Misley, WSBA 33397
jmisley@sussmanshank.com
Laurie R. Hager, WSBA 38643
lhager@sussmanshank.com
Thomas W. Stilley, WSBA 21718
tstilley@sussmanshank.com

Attorneys for Defendants Cody and Debby Easterday

TONKON TORP LLP

By: /s/ Timothy J. Conway
Timothy J. Conway, WSBA 52204
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
tim.conway@tonkon.com
Attorneys for Defendant Karen Easterday

JOINT MOTION TO ENLARGE TIME TO FILE ANSWER - Page 3

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 6    Filed 04/19/21    Entered 04/19/21 14:54:20    Pg 3 of 3