HONORABLE WHITMAN L. HOLT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., et al.,[1]<br><br>    Debtors. | Bankruptcy No. 21-00141-WLH11 |
| WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>    Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>    Defendants. | Adversary No. 21-80010-WLH<br><br>NOTICE OF APPEARANCE |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc., (21-00141-WLH11) and Easterday Farms, a Washington general partnership (21-00176-WLH11).

NOTICE OF APPEARANCE – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear for defendants Easterday Ranches, Inc. and Easterday Farms, a Washington General Partnership. All further pleadings, except original process, shall be served upon the undersigned.

DATED this 20th day of April, 2021.

BUSH KORNFELD LLP

By /s/ Thomas A. Buford
Thomas A. Buford, WSBA #52969
Attorneys for Defendants Easterday Ranches, Inc. and Easterday Farms, a Washington General Partnership

NOTICE OF APPEARANCE – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ed20ft01hh

21-80010-WLH   Doc 7   Filed 04/20/21   Entered 04/20/21 12:56:08   Pg 2 of 2