UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re:<br><br>EASTERDAY RANCHES, INC., et al.,<br><br>Debtor(s).[1]<br><br>WASHINGTON TRUST BANK, a Washington banking corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendant(s). | ))))))))))))))))))))))) | Lead Case No. 21-00141-11 (WLH)<br>Jointly Administered<br><br><br>Adversary<br>Proceeding No. 21-80010-WLH<br><br><br>ORDER GRANTING JOINT MOTION TO ENLARGE TIME TO FILE ANSWER |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general Partnership (21-00176).

ORDER GRANTING JOINT MOTION TO ENLARGE TIME TO FILE ANSWER - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

This matter came before the Court on the Joint Motion to Enlarge Time to File Answer ("Motion to Enlarge"). The Court, having reviewed the Motion to Enlarge, and the record and files herein, finds cause exists to grant the requested relief.

NOW, THEREFORE, it is hereby

ORDERED

1. The Motion is Granted; and
2. The deadline for defendants Cody Easterday, Debby Easterday and Karen Easterday to file an answer is extended to and including May 3, 2021.

/// End of Order ///

PRESENTED BY:

SUSSMAN SHANK LLP

*/s/ Jeffrey C. Misley*
_____
Jeffrey C. Misley, WSBA 33397
Attorneys for Cody Easterday
and Debby Easterday

ORDER GRANTING JOINT MOTION TO ENLARGE TIME TO FILE ANSWER - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 10    Filed 04/23/21    Entered 04/23/21 16:00:02    Pg 2 of 2