United States Bankruptcy Court

Eastern District of Washington

Washington Trust Bank,
    Plaintiff

Adv. Proc. No. 21-80010-WLH

Easterday Ranches, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0980-2 | User: notice | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf002 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Karen Easterday |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey C Misley | on behalf of Defendant Debby Easterday jeffm@sussmanshank.com ecf.jeffrey.misley@sussmanshank.com |
| Jeffrey C Misley | on behalf of Defendant Cody Easterday jeffm@sussmanshank.com lhager@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com |
| Richard B Keeton | on behalf of Defendant Easterday Ranches Inc. rkeeton@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,rkeeton@ecf.courtdrive.com,psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com |
| Richard B Keeton | on behalf of Defendant Easterday Farms a Washington general partnership rkeeton@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,rkeeton@ecf.courtdrive.com,psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com |
| Thomas A Buford | on behalf of Defendant Easterday Farms a Washington general partnership tbuford@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com |

Thomas A Buford

on behalf of Defendant Easterday Ranches Inc. tbuford@bskd.com,
psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,psutton@ecf.courtdrive.com,tbuford@ecf.courtdrive.com,vbraxton@
ecf.courtdrive.com,mbeck@ecf.courtdrive.com

Trevor R Pincock

on behalf of Plaintiff Washington Trust Bank tpincock@lukins.com bjackowich@lukins.com,jmorris@lukins.com,
mlove@lukins.com

TOTAL: 7

**So Ordered.**

**Dated: April 27th, 2021**

Whitman L. Holt
Bankruptcy Judge

1

2

3

4

5

6

7

8

9

10              UNITED STATES BANKRUPTCY COURT

11          FOR THE EASTERN DISTRICT OF WASHINGTON

12   In re:                                          )   Lead Case No. 21-00141-11 (WLH)
                                                     )   Jointly Administered
13                                                   )
     EASTERDAY RANCHES, INC., et al.,                )
14                                                   )
                      Debtor(s).[1]                  )
15   _____        )
                                                     )   Adversary
16   WASHINGTON TRUST BANK, a Washington             )   Proceeding No. 21-80010-WLH
     banking corporation,                            )
17                                                   )
                      Plaintiff,                     )   ORDER GRANTING JOINT MOTION TO
18                                                   )   ENLARGE TIME TO FILE ANSWER
     v.                                              )
19                                                   )
     EASTERDAY RANCHES, INC., a Washington           )
20   corporation; EASTERDAY FARMS, a                 )
     Washington general partnership; CODY            )
21   EASTERDAY, individually; DEBBY                  )
     EASTERDAY, individually; KAREN                  )
22   EASTERDAY, individually and in her capacity as  )
     personal representative of the Estate of Gale   )
23   Easterday,                                      )
                                                     )
24                    Defendant(s).                  )

25   _____

26   _____
     [1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141)
     and Easterday Farms, a Washington general Partnership (21-00176).

ORDER GRANTING JOINT MOTION TO ENLARGE TIME
TO FILE ANSWER - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

21-80010-WLH    Doc 12    Filed 04/29/21    Entered 04/29/21 21:26:30    Pg 3 of 4

1   This matter came before the ~~C~~court on the Joint Motion to Enlarge Time to File

2   Answer ("Motion to Enlarge").  The ~~C~~court, having reviewed the Motion to Enlarge, and the

3   record and files herein, finds cause exists to grant the requested relief.

4   NOW, THEREFORE, it is hereby

5   ORDERED

6   1.    The Motion [ECF No. 6] is ~~G~~granted; and

7   2.    The deadline for defendants Cody Easterday, Debby Easterday and Karen

8   Easterday to file an answer is extended to and including May 3, 2021.

9   /// End of Order ///

10

11  PRESENTED BY:

12  SUSSMAN SHANK LLP

13  /s/ Jeffrey C. Misley

14  _____
    Jeffrey C. Misley, WSBA 33397
15  Attorneys for Cody Easterday
    and Debby Easterday
16
    * Changes made by court
17

18

19

20

21

22

23

24

25

26

ORDER GRANTING JOINT MOTION TO ENLARGE TIME
TO FILE ANSWER - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130