Timothy J. Conway, WSBA 52204
   Direct Dial:   503.802.2027
   Facsimile:   503.274.8779
   E-Mail:   tim.conway@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

Attorneys for Karen Easterday

Honorable Whitman L. Holt

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>EASTERDAY RANCHES, INC., *et al.*<br><br>Debtors[1]. | Chapter 11<br><br>Lead Case No. 21-00141<br>Jointly Administered |
| WASHINGTON TRUST BANK,<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INCL; EASTERDAY FARMS; CODY EASTERDAY; DEBBY EASTERDAY, KAREN EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendants. | **Adv. Pro No. 21-80010-WLH**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT KAREN EASTERDAY** |

TO:    CLERK OF THE COURT

AND TO:    ALL PARTIES OF INTEREST APPEARING ON THE

            COURT'S OFFICIAL MASTER MAILING LIST

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141 and Easterday Farms, a Washington general Partnership (21-00176).

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT KAREN EASTERDAY - 1

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Timothy J. Conway hereby enters his appearance on behalf of Defendant Karen Easterday, individually and in her capacity as personal representative of the Estate of Gale Easterday. |
| 2 | |
| 3 | |
| 4 | |
| 5 | DATED: April 30, 2021. |
| 6 | TONKON TORP LLP |
| 7 | |
| 8 | By /s/ Timothy J. Conway |
| 9 | Timothy J. Conway, WSBA 52204<br>Attorneys for Karen Easterday |
| 10 | 042047\00001\12291120v1 |

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT KAREN EASTERDAY - 2