| | | |
|---|---|---|
| 1 | Jeffrey C. Misley, WSBA # 33397<br>jmisley@sussmanshank.com | Honorable Whitman L. Holt |
| 2 | Laurie R. Hager, WSBA # 38643<br>lhager@sussmanshank.com | |
| 3 | Thomas W. Stilley, WSBA #21718<br>tstilley@sussmanshank.com | |
| 4 | SUSSMAN SHANK LLP<br>1000 SW Broadway, Suite 1400 | |
| 5 | Portland, OR  97205-3089<br>Telephone: (503) 227-1111 | |
| 6 | Facsimile: (503) 248-0130 | |
| 7 | *Attorneys for Defendant Cody and Debby Easterday* | |
| 8 | | |
| 9 | | |

10 IN THE UNITED STATES BANKRUPTCY COURT

11 EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 12 | In re | ) Lead Case No. 21-00141-11 (WLH)<br>) Jointly Administered |
| 13 | EASTERDAY RANCHES, INC., et al., | ) |
| 14 | Debtor(s).¹ | )<br>) |
| 15 | _____ | )<br>) |
| 16 | WASHINGTON TRUST BANK, a Washington banking corporation, | ) Adversary<br>) Proceeding No. 21-80010-WLH |
| 17 | | ) |
| | Plaintiff, | ) JOINT MOTION TO ENLARGE TIME TO |
| 18 | | ) FILE ANSWER AND TO REQUEST<br>) STATUS CONFERENCE |
| 19 | v. | ) |
| 20 | EASTERDAY RANCHES, INC., a Washington corporation; EASTERDAY FARMS, a Washington general partnership; CODY | )<br>)<br>) |
| 21 | EASTERDAY, individually; DEBBY EASTERDAY, individually; KAREN | )<br>) |
| 22 | EASTERDAY, individually and in her capacity as personal representative of the Estate of Gale | )<br>) |
| 23 | Easterday, | )<br>) |
| 24 | Defendant(s). | )<br>) |
| 25 | _____ | |
| 26 | | |

¹ The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general Partnership (21-00176).

JOINT MOTION TO ENLARGE TIME TO FILE ANSWER
AND TO REQUEST STATUS CONFERENCE - Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1    Pursuant to FRBP 9006(b)(1), defendants Cody Easterday, Debby Easterday, and Karen

2    Easterday (collectively "Defendants"), through their respective counsel, hereby jointly move the

3    court for an extension of time to file the Defendants' Answer in this adversary proceeding. Pursuant

4    to the court's April 27, 2021 Order Granting Joint Motion to Enlarge Time to File Answer ("Order"),

5    Defendants' Answer would be due on May 3, 2021. Defendants request that the Court extend the

6    Answer deadline to a new date to be determined after a status conference with the court, because good

7    cause exists based on the reasons described in this Motion.

8        On April 28, 2021, this Court approved the Cooperation Agreement negotiated among

9    several parties, including plaintiff Washington Trust Bank ("WTB"). Defendants understand that

10   WTB plans to consent to an injunction of its pursuit of its claims in this action in a form consistent

11   with the form of injunction attached to the Cooperation Agreement. Based on such contemplated

12   injunction with respect to WTB, Defendants seek confirmation from the court that the other

13   deadlines in this case, including the Defendants' answer deadline, the deadlines and dates under

14   the Court's April 13, 2021 Notice of Scheduling Conference, and WTB's deadline to seek remand,

15   are stayed. Defendants request a status conference with the court to address these matters, the

16   timing of the injunction to be executed by WTB, and to confirm the stay requested herein will

17   occur.

18       Beginning on Thursday, April 29, 2021, Defendants have attempted to ascertain WTB's

19   position concerning this Motion through email communications with WTB's counsel. But as of

20   the time this Motion was finalized on Monday, May 3, 2021, WTB was not yet ready to provide

21   its position. Because Defendants' deadline to file an Answer is today, Defendants believe they

22   must file this Motion today, even though WTB has not yet provided its position on the relief

23   requested. That being said, WTB's counsel confirmed that, based on the Cooperation Agreement,

24   WTB has no plans to file for default.

25

26

JOINT MOTION TO ENLARGE TIME TO FILE ANSWER
AND TO REQUEST STATUS CONFERENCE - Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1      Based on the foregoing reasons, Defendants believe that good cause exists to extend their

2    Answer deadline on terms confirmed in a status conference with the court.

3      Dated this 3rd day of May, 2021.

4                                  SUSSMAN SHANK LLP

5

6                                    By:___ */s/ Jeffrey C. Misley*_____
                                    Jeffrey C. Misley, WSBA 33397
                                    jmisley@sussmanshank.com

7                                    Laurie R. Hager, WSBA 38643
                                    lhager@sussmanshank.com

8                                    Thomas W. Stilley, WSBA 21718
                                    tstilley@sussmanshank.com

9

10                                  Attorneys for Defendants Cody and Debby
                                          Easterday

11                                  TONKON TORP LLP

12

13                                  By:___ */s/ Timothy J. Conway*_____
                                    Timothy J. Conway, WSBA 52204
                                    888 SW Fifth Ave., Suite 1600

14                                  Portland, OR  97204
                                    tim.conway@tonkon.com

15

16                                  Attorneys for Defendant Karen Easterday

17

18

19

20

21

22

23

24

25

26

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130