TREVOR R. PINCOCK
WSBA #36818
JED W. MORRIS
WSBA #13832
BURKE D. JACKOWICH
WSBA #31722
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Creditor
Washington Trust Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, Inc., et al,<br><br>Debtor(s).[1]<br><br>WASHINGTON TRUST BANK,<br><br>Plaintiff(s),<br><br>v.<br><br>EASTERDAY RANCHES, INC; EASTERDAY FARMS; CODY EASTERDAY; DEBBY EASTERDAY; KAREN EASTERDAY; individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendant(s). | NO. 21-00141-WLH11<br><br>ADV. No. 21-80010-WLH<br><br>WASHINGTON TRUST BANK'S STATEMENT REGARDING JOINT MOTION TO ENLARGE TIME TO FILE ANSWER AND TO REQUEST STATUS CONFERENCE |

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general Partnership (21-00176).

WASHINGTON TRUST BANK'S STATEMENT
REGARDING JOINT MOTION TO ENLARGE TIME
TO FILE ANSWER AND TO REQUEST STATUS
CONFERENCE: 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

21-80010-WLH    Doc 15    Filed 05/06/21    Entered 05/06/21 09:51:56    Pg 1 of 2

Washington Trust Bank ("WTB") files this Statement in response to the Defendants' Joint Motion to Enlarge Time to File Answer and to Request Status Conference (Doc 14).

WTB agrees to an extension of time for Defendants to file an Answer in this adversary proceeding.

WTB agrees to stay the deadlines and dates under the Court's April 13, 2021, Notice of Scheduling Conference, and a stay of WTB's deadline to seek remand.

WTB has no objection to Defendants' request for a scheduling conference to discuss these matters.

DATED this 6th day of May, 2021.

                                    LUKINS & ANNIS, P.S.

                                    By: /s/ Trevor R. Pincock
                                          TREVOR R. PINCOCK
                                          WSBA #36818
                                          JED W. MORRIS
                                          WSBA #13832
                                          BURKE D. JACKOWICH
                                          WSBA #31722

                                          Attorneys for Plaintiffs

WASHINGTON TRUST BANK'S STATEMENT
REGARDING JOINT MOTION TO ENLARGE TIME
TO FILE ANSWER AND TO REQUEST STATUS
CONFERENCE: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

21-80010-WLH    Doc 15    Filed 05/06/21    Entered 05/06/21 09:51:56    Pg 2 of 2