TREVOR R. PINCOCK
WSBA #36818
JED W. MORRIS
WSBA #13832
BURKE D. JACKOWICH
WSBA #31722
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Creditor
Washington Trust Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

EASTERDAY RANCHES, Inc., et al,

Debtor(s).[1]

NO. 21-00141-WLH11

ADV. No. 21-80010-WLH

CERTIFICATE OF SERVICE

WASHINGTON TRUST BANK,

Plaintiff(s),

v.

EASTERDAY RANCHES, INC;
EASTERDAY FARMS; CODY
EASTERDAY; DEBBY EASTERDAY;
KAREN EASTERDAY; individually and
in her capacity as personal representative
of the Estate of Gale Easterday,

Defendant(s).

I, MARIANNE LOVE, states under penalty of perjury of the laws of the United States of America that on the 6th day of May, 2021, I filed Washington

---

[1] The Debtors along with their case numbers are as follows: Easterday Ranches, Inc. (21-00141) and Easterday Farms, a Washington general Partnership (21-00176).

CERTIFICATE OF SERVICE: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

Trust Bank's Statement Regarding Joint Motion to Enlarge time to File Answer and to Request Status Conference (Doc No. 15), electronically through the CM/ECF system, which will send notification of such filings to all registered participants in the CM/ECF system in this case.

SIGNED this 6th day of May, 2021, at Spokane, Washington.

LUKINS & ANNIS, P.S.

By /s/ Marianne Love
MARIANNE LOVE
Paralegal

CERTIFICATE OF SERVICE: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323