TREVOR R. PINCOCK
WSBA #36818
JED W. MORRIS
WSBA #13832
BURKE D. JACKOWICH
WSBA #31722
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Creditor
Washington Trust Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, Inc., et al,<br><br>Debtor(s).<br>_____<br>WASHINGTON TRUST BANK,<br><br>Plaintiff(s),<br><br>v.<br><br>EASTERDAY RANCHES, INC; EASTERDAY FARMS; CODY EASTERDAY; DEBBY EASTERDAY; KAREN EASTERDAY; individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendant(s). | NO. 21-00141-WLH11<br><br>ADV. No. 21-80010-WLH<br><br>CERTIFICATE OF COMPLIANCE WITH LBR 9019-2 (MEDIATION) |

Pursuant to Bankruptcy Rule 9019-2, I certify as counsel for Plaintiffs, that mediation has been considered to resolve the dispute.

CERTIFICATE OF COMPLIANCE WITH
LBR 9019-2 (MEDIATION): 1

LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

5/28/21

DATED this 28th day of May, 2021.

                                        LUKINS & ANNIS, P.S.

                                        By: /s/ Burke D. Jackowich
                                                TREVOR R. PINCOCK
                                                WSBA #36818
                                                JED W. MORRIS
                                                WSBA #13832
                                                BURKE D. JACKOWICH
                                                WSBA #31722

                                        Attorneys for Plaintiffs

CERTIFICATE OF COMPLIANCE WITH
LBR 9019-2 (MEDIATION): 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

5/28/21

21-80010-WLH    Doc 19    Filed 05/28/21    Entered 05/28/21 13:38:48    Pg 2 of 3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all registered participants in the CM/ECF system in this case.

SIGNED this 28th day of May, 2021, at Spokane, Washington.

LUKINS & ANNIS, P.S.

By /s/ Sheana Loomis
SHEANA LOOMIS
Legal Assistant

CERTIFICATE OF COMPLIANCE WITH
LBR 9019-2 (MEDIATION): 3

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

5/28/21