TREVOR R. PINCOCK
WSBA #36818
BURKE D. JACKOWICH
WSBA #31722
JED W. MORRIS
WSBA #13832
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
tpincock@lukins.com

Attorneys for Plaintiff
Washington Trust Bank

Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>EASTERDAY RANCHES, Inc., et al.,<br><br>Debtor. | NO. 21-00141-WLH11<br><br>ADV. No. 21-80010-WLH |
| WASHINGTON TRUST BANK,<br><br>Plaintiff(s),<br><br>v.<br><br>EASTERDAY RANCHES, INC; EASTERDAY FARMS; CODY EASTERDAY; DEBBY EASTERDAY; KAREN EASTERDAY; individually and in her capacity as personal representative of the Estate of Gale Easterday,<br><br>Defendant(s). | **NOTICE OF STATUS CONFERENCE** |

NOTICE OF STATUS CONFERENCE: 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

1/13/22

1     **PLEASE TAKE NOTICE THAT** the Court will conduct a status

2 conference in the above-captioned case on January 20, 2022, at 10:00 a.m.

3     **PLEASE TAKE FUTHER NOTICE** that the status conference will be

4 conducted as follows:

> **Hearing Date: Thursday, January 20, 2022**
> **Time: 10:00 a.m. PST**
> **Phone Number: 1-877-402-9757**
> **Conference Code: 7036041**

DATED this 13th day of January 2022.

LUKINS & ANNIS, P.S.

By _____
TREVOR R. PINCOCK
WSBA #36818
BURKE D. JACKOWICH
WSBA #31722
JED W. MORRIS
WSBA #13832

Attorneys for Plaintiff

**NOTICE OF STATUS CONFERENCE: 2**

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323