TREVOR R. PINCOCK
WSBA #36818
BURKE D. JACKOWICH
WSBA #31722
JED W. MORRIS
WSBA #13832
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
tpincock@lukins.com

Attorneys for Plaintiff
Washington Trust Bank

Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

EASTERDAY RANCHES, Inc., et al.,

                Debtor.

WASHINGTON TRUST BANK,

                Plaintiff(s),

v.

EASTERDAY RANCHES, INC;
EASTERDAY FARMS; CODY
EASTERDAY; DEBBY EASTERDAY;
KAREN EASTERDAY; individually and
in her capacity as personal representative
of the Estate of Gale Easterday,

                Defendant(s).

NO. 21-00141-WLH11

ADV. No. 21-80010-WLH

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE:** 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

1/13/22

21-80010-WLH    Doc 24    Filed 01/13/22    Entered 01/13/22 11:13:30    Pg 1 of 2

| | |
|---|---|
| 1 | I, MARIANNE LOVE, states under penalty of perjury of the laws of the |
| 2 | United States of America that on the 13th day of January, 2022, I filed a Notice of |
| 3 | Status Conference (Doc No. 23), electronically through the CM/ECF system, |
| 4 | which will send notification of such filings to all registered participants in the |
| 5 | CM/ECF system in this case. |
| 6 | |
| 7 | SIGNED this 13th day of January, 2022, at Spokane, Washington. |
| 8 | LUKINS & ANNIS, P.S. |
| 9 | By /s/ Marianne Love |
| 10 | MARIANNE LOVE<br>Paralegal |

**CERTIFICATE OF SERVICE: 2**

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323